# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF MICHIGAN

**FILED - GR**
February 26, 2018 10:10 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mkc   SCANNED BY

Charlotte Shannon

    Plaintiff

Case No. Honorable

VS

**1:18-cv-198**
**Paul L. Maloney**
**United States District Judge**

Whirlpool Corporation

    Defendant

1) Type of Claim: Discrimination (Race, Age), Hostile Work Environment
   a. I took The McDonnell-Douglas Test (**Title VII** of the Civil Rights Act of 1964). This test, as well as the way I was being treated has lead me to believe I am a victim of discrimination, as well unfair and hostile treatment in the work place
2) This Court has jurisdiction: I was referred to this district for the best legal representation for my case by Adam C. Sturdivant (Drew, Cooper & Anding)
3) The facts of my claim: Please see attachment
4) Demand jury or not: Demanding a jury
5) Relief I am seeking: $300,000 for pain and suffering: Emotional trauma, including post traumatic stress disorder (PTSD), anxiety, and depression.

Signature _Charlotte Shannon_    Date 2·26·18

Print Name _Charlotte Shannon_

2209 Charles Dr.

Stevensville, MI 49127

269-930-4275