# 1

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: Charlotte Shannon
2209 Charles Drive
Stevensville, MI 49127

From: Detroit Field Office
477 Michigan Avenue
Room 865
Detroit, MI 48226

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 471-2018-01030 | Deanna E. Wooten, Investigator | (313) 226-5673 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Michelle Eisele,
District Director

12/26/2017
(Date Mailed)

Enclosures(s)

cc: Tamara Y. Fountain
Employee Relations
WHIRLPOOL CORPORATION
2000 North M-63
Mail Drop 2080
Benton Harbor, MI 49022

| | | |
|---|---|---|
| STEPHEN R. DREW<br>JOHN E. ANDING<br>THOMAS V. HUBBARD<br>ADAM C. STURDIVANT *<br>AMANDA P. NARVAES<br>LARISSA D. HOLLINGSWORTH<br><br>* ALSO LICENSED IN OHIO | **DREW COOPER & ANDING**<br>ATTORNEYS AND COUNSELORS<br><br>ALDRICH PLACE, SUITE 200<br>80 OTTAWA AVENUE, N.W.<br>GRAND RAPIDS, MICHIGAN 49503-6205 | OF COUNSEL<br>ANN M. COOPER<br>BRIDGET C. KEHOE<br><br>TELEPHONE<br>(616) 454-8300<br><br>FACSIMILE<br>(616) 454-0036 |

February 8, 2018

Charlotte Shannon
2209 Charles Drive
Stevensville, MI 49127

    RE:    Potential Legal Representation

Dear Ms. Shannon:

    It was a pleasure speaking with you. Unfortunately, at this time we are not in a position to take your case. As we discussed, these types of cases are difficult to prove. While some of the events you shared with me are concerning, one potential impediment is identifying that an adverse action has occurred.

    Near the end of our conversation you mentioned you received a Notice of Right to Sue from the EEOC, which means you have 90 days to take legal action. Based on the information you provided me, your deadline falls sometime in early March, 2018. You also indicated that you previously spoke with Stephen Drew – whom is my law partner – who also declined this matter for various reasons. Please take note that if you wish to proceed with a federal claim, a complaint <u>must</u> be filed in federal court before the expiration of your 90-day period. To be safe, you should calculate this date based upon the post-marked date on the envelope you received. Failure to file within the 90-days will forever bar you from bringing suit in federal court. During our telephone conference you did not know the exact date you received your Right to Sue letter, so I am not making any attempt to calculate your 90-day deadline for you.

    Our advice to you at this time is if you wish to pursue the case, you should do so at once. Below is contact information for other attorneys who may be in a position to assess your matter:

| | |
|---|---|
| Bradley K. Glazier<br>BOS & GLAZIER, PLC<br>990 Monroe Avenue N.W.<br>Grand Rapids, MI 49503-1423<br>(616) 458-6814 | Sarah Riley Howard<br>PINSKY SMITH FAYETTE & KENNEDY LLP<br>146 Monroe Center Street N.W., Suite. 805<br>Grand Rapids, MI 49503-2818<br>(616) 451-8496 |

Ms. Charlotte Shannon
Page 2
February 8, 2018

    If you are not able to find legal representation, you may also file on your own behalf. Contact information for the federal court is below:

United States District Court for the Western District of Michigan
399 Federal Building
110 Michigan Street N.W.
Grand Rapids, MI 49503
(616) 456-2381

Respectfully,

DREW, COOPER & ANDING

Adam C. Sturdivant
asturdivant@dca-lawyers.com

ACS/ma