# 2

### Notes of Workplace Incidents

**Introduction:**

My name is Charlotte Shannon. I am an African American woman over the age of 40. I have been employed by Whirlpool Corporation 24yrs as of July 7th 2017. I have had many great experiences in the time I've been employed with the company including, which I am most proud of, being awarded the "Highest Achiever" award through my Dale Carniegie training, which Whirlpool supported. Throughout my time with the company, I have had one adverse action taken against me based on my performance, which was my very first year joining the Independent Retail Dept. I received a poor performance evaluation that year, however, I worked very hard to improve my performance thereafter and as a result of my hard work and efforts, I received exceptional performance reviews including being awarded a leadership award for excellent customer service.

My work history has included: Administrative Assistant to a Director, Project Coordinator, Filing Assistant for the legal dept, Trade Partner Support Specialist (customer service) for: Home Depot, leading a team that migrated from Maytag. Independent Retail: traveling to buy fair shows to various parts of the states taking orders from our trade partners. Retail Returns Team: email corresponding. I am also a notary public for the company, signing extremely important legal documents for some of the most prominent people in the company.

# McDonnell-Douglas Discrimination Test

- Have you noticed that other employees of your protected class seem to be singled out for adverse treatment or are put in dead-end jobs?

- **YES-**Dead-End Jobs-Denied opportunity to experience other job opportunities (Examples below)

**2010-2014 Under the Leadership of Sue Zvonar**

During my career in the Independent Retail dept., I applied and requested to move on to many back offices positions to get off the phones, and to get more experience and be promotable within the company. I was "DENIED" every requests for back office. And was turned down for every back office job I interviewed for even though I was awarded a "leadership award' for having impeccable customer service.

There were 7 jobs within Independent Retail that I was turned down for. All positions were Trade Partner Support Specialist Back Office:

The positions listed below were the back-office positions I applied for, however the names listed below are the people who actually got the positions:

> Traci Couitcher (moved from Returns Team to Retail Back Office)
> Druvus Moruss (moved from CXC to Retail Back Office)
> Patrick Pantelo (moved from Retail Order Management to Retail Back Office)
> Renee Franklin (moved from Returns Team to Retail Back Office)
> Tina Streu (promoted to new position)
> Taleah Adams (moved on to Lakeland Medical Hospital)
> Guadulupe Corona (moved to new position)

I have been under a tremendous amount stress for few years with this company. I have been denied position after position. I requested many times for other opportunities for other positions to be off the phones and grow within the company. After 6 of being on the phones, it was beginning to stress me out. I ask Sue Zvonar (Manager of TCS) for an opportunity to be moved to a back-office position within the Independent Retail dept. She said I haven't proved to her that I was capable of handling the responsibility of a "back-office" position.

**May of 2015**
I saw Sue Zvonar at the water fountain/coffee area. I had recently started wearing my "natural" hair. Sue approached me and said to me "Wow, you have some pretty "wild" hair going on there girl". Then she proceeded, without my permission, to touch my hair. After she touched my hair, she took the hand that she touched my hair with and wiped her hand on her pants as if my hair "dirty", or "gross".

**May of 2015**
I went to Ryan Smith (Human Resources) with my concern and told him I felt discriminated against. He said he would talk to Sue about the incident that took place at the water fountain/coffee. Ryan asked if anyone else hear the conversation or see when she put her hand in my hair. I advised Ryan that I didn't know if anyone heard me or if anyone saw her, I just know she put her hand in my hair and then wiped her hands with disgust after touching my hair.

Nothing was EVER done about that incident. Ryan Smith (HR) said it was my word against hers, therefore there NO action to be taken against Sue Zvonar.

## McDonnell-Douglas Discrimination Test

-Were you treated differently than a similarly situated person who is not in your protected class? – **YES** (Examples below)

In January 2016, Jason Case (Caucasian Male), became operations advisor (OA) for the Retail Returns team. He came into the dept as a leader of the dept with no leadership skills, and not managerial experience. When came to the dept as the OA, he received much guidance from Amanda Adams. Within the first couple of months under his leadership, I was written up. I have been at Whirlpool for 22yrs and had never been written up for anything.

One of my co-workers, Shelley Zielinski (Caucasian), was a very difficult person to work with. She and I had an issue regarding an email in the inbox. I tried to communicate to her via "personal chat" regarding the email. She would not respond to me "chat" so, I sent a message via "group chat". Conversation got a little out of control (nothing bad) but obviously Jason didn't approve of the way I spoke to Shelley.

The next day I came in to work, he had written me up. He explained that the reason for him writing me up was because I confronted a co-worker on the dept "group chat". I explained to him that I sent a message "group chat" because she would not respond to my personal chat to her. She ignored my "personal chat" and therefore, I had to reach out via "group chat". He said he had to write me up because I sent the chat via "group chat" instead of personally chatting that person. He said by chatting her through the "dept group chat", that I brought the "moral" of the team down. I also explained to him that I have been at Whirlpool 22yrs and have never, ever been written up for anything.

In my opinion, I believe the write up was also a direction from Amanda Adams who is the Operations advisor to Lowe's Returns team. I believe she has been coaching him quite a bit because he has absolutely NO previous manager/leadership skills prior to taking on the job as Operations Advisor of the Returns team.

Beginning in March, 2017 is when things started to became progressively worse between Jason Case and myself. The actions that have been taken against from this time on has caused me a tremendous amount of stress. My work life at Whirlpool now has been a "living HELL", to the

point that my doctor felt I needed to be off work on FMLA/STD to relieve my stress level. At the time of my doctor's visit on June 26, 2017 my blood pressure was 175/101.

Below are the series of events which have taken place which has lead me to be on medical leave from work.

**January, 2017**

I met with Jason on my PM P evaluation. He said I did a GREAT job this past year (2016) even though it started off a little bumpy (first write up) things mellowed out quite a bit. He said he was very pleased with our progress throughout the previous year and the he feels we have a better working relationship

**February, 2017**

I met with Jason Case for our 1 on 1 monthly meeting. He said I was doing an AWESOME job! He said I did GREAT in the CI (Continuous Improvement) Open House. He said I did an outstanding job getting the people in the open house/training class engaged and "pumped" up and excited!! He said "Great" job as a CIA Ambassador!! He said my stats look good and to keep up the good work! I asked him what do I need to do to get a raise this year because I haven't had a raise in years. He said to keep up the GOOD work and keep "Rocking it out" like I'm doing!

He also asked if I wouldn't mind helping out on the phones when needed. He assured me that helping on the phones would definitely give me more expertise and knowledge of the Returns dept. I said that I didn't mind helping, but being on the phones now really stresses me out. I mentioned the reason I asked to leave Independent Retail was because I had been on the phones for 5-6 years and would like to grow in other areas of the company.

**March, 2017**

I met with Jason Case for our 1 on 1 monthly meeting. He said I was I was doing well. My stats were fine. I asked him about more back up process champion training. I mentioned that I had the coaches training in March and I have not had much training since. He said that he would talk to Troy about more training. Nothing ever happened. Troy (Primary Process Champion) would give me bits and pieces of training.

**February-March** timeframe I started working on the Signature on File (SOF) project. I pulled the chain (Standard Work) back in October of 2016. This is very big project that will benefit the Returns team, the company, as well as our trade partners significantly. Jason Case advised that if this project is implemented, I should definitely be considered for a raise.

**May 5, 2017 – 4:00pm**

I said to Jason that we are finally getting somewhere with the Signature On File (SOF) project. I mentioned that legal is finally onboard with signing off on the improved process

Troy (Process Champion – White male) mentioned that he will be glad when we get this SOF pushed through. He said it was a huge project and it would be really good for the dept and the company as well. He said he had been working on the project since January. I said, "what do you mean you've been working on the project since January". I then said I have been doing all the work on this project, and I pulled the chain on this project back in October of 2016.

**May 5, 2017 – 5:42pm**

I sent Jason a message stating that I didn't know if Troy was joking or not about the Signature On File project, but I have been doing all the work on that project to get it implemented. I told him I pulled the chain on that project and how is he allowed to take the credit for work that he has not done. Nor, was it his idea to have that process implemented. I also said that Troy had not been working on it since January and that Troy has not done any work on that project. Jason's response to me was:

Troy was originally working on it with Anja Holmes (African American woman CIA person that was fired in March) but that unfortunately fell through as we did not have an A3 or other information they had previously gathered. So he was frustrated that this has been going for so long. Then Jason Case commented: We will talk Monday. If you don't want to be involved moving forward then that's fine. Totally your decision.

**April, 2017**

I met with Jason Case for our 1 on 1 monthly meeting. Again he said I was doing well. My stats were good and to keep up the good work. He said that I needed to excel more in the back up champion role. I mentioned to him that I was not getting adequate training from Troy, the primary process champion for the Returns team. I told him I had to go to other teams to get further training. He reprimanded me for going to other depts to get more help with trying to be a successful as the back up process champion. I told him that I was never invited to any of the "chain pull" meetings as well as only being allow to go to 1 LSB meeting. I mentioned to him that Jeff (who is not the primary, nor the back up process champion), was always in the meetings I was never invited.


**4.19.2017**

-Met with Jason Case (Operations Advisor) my supervisor, to let him know that I was interested in working on the G.R.O.W. project with Sarah Stevens (Continuous Improvement Agent). He said that would fine and it would be a good opportunity to work on other projects.

I met with Jason Case for our 1 on 1 monthly meeting. He said I was doing an AWESOME job! He said I did GREAT in the CI (Continuous Improvement) Open House. He said I did an outstanding job getting the people in the open house/training class engaged and "pumped" up and excited!! He said "Great" job as a CIA Ambassador!! He said my stats look good and to keep up the good work! I asked him what do I need to do to get a raise this year because I haven't had a raise in years. He said to keep up the GOOD work and keep "Rocking it out" like I'm doing!

He also asked if I wouldn't mind helping out on the phones when needed. He assured me that helping on the phones would definitely give me more expertise and knowledge of the Returns dept. I said that I didn't mind helping, but being on the phones now really stresses me out. I mentioned the reason I asked to leave Independent Retail was because I had been on the phones for 5-6 years and would like to grow in other areas of the company.

**March, 2017**

I met with Jason Case for our 1 on 1 monthly meeting. He said I was I was doing well. My stats were fine. I asked him about more back up process champion training. I mentioned that I had the coaches training in March and I have not had much training since. He said that he would talk to Troy about more training. Nothing ever happened. Troy (Primary Process Champion) would give me bits and pieces of training.

**February-March** timeframe I started working on the Signature on File (SOF) project. I pulled the chain (Standard Work) back in October of 2016. This is very big project that will benefit the Returns team, the company, as well as our trade partners significantly. Jason Case advised that if this project is implemented, I should definitely be considered for a raise.

**May 5, 2017 – 4:00pm**

I said to Jason that we are finally getting somewhere with the Signature On File (SOF) project. I mentioned that legal is finally onboard with signing off on the improved process

Troy (Process Champion – White male) mentioned that he will be glad when we get this SOF pushed through. He said it was a huge project and it would be really good for the dept and the company as well. He said he had been working on the project since January. I said, "what do you mean you've been working on the project since January". I then said I have been doing all the work on this project, and I pulled the chain on this project back in October of 2016.

**May 5, 2017 – 5:42pm**

I sent Jason a message stating that I didn't know if Troy was joking or not about the Signature On File project, but I have been doing all the work on that project to get it implemented. I told him I pulled the chain on that project and how is he allowed to take the credit for work that he has not done. Nor, was it his idea to have that process implemented. I also said that Troy had not

been working on it since January and that Troy has not done any work on that project. Jason's response to me was:

Troy was originally working on it with Anja Holmes (African American woman CIA person that was fired in March) but that unfortunately fell through as we did not have an A3 or other information they had previously gathered. So he was frustrated that this has been going for so long. Then Jason Case commented: We will talk Monday. If you don't want to be involved moving forward then that's fine. Totally your decision.

**April, 2017**

I met with Jason Case for our 1 on 1 monthly meeting. Again he said I was doing well. My stats were good and to keep up the good work. He said that I needed to excel more in the back up champion role. I mentioned to him that I was not getting adequate training from Troy, the primary process champion for the Returns team. I told him I had to go to other teams to get further training. He reprimanded me for going to other depts to get more help with trying to be a successful as the back up process champion. I told him that I was never invited to any of the "chain pull" meetings as well as only being allow to go to 1 LSB meeting. I mentioned to him that Jeff (who is not the primary, nor the back up process champion), was always in the meetings I was never invited.

**4.19.2017**

-Met with Jason Case (Operations Advisor) my supervisor, to let him know that I was interested in working on the G.R.O.W. project with Sarah Stevens (Continuous Improvement Agent). He said that would fine and it would be a good opportunity to work on other projects.

**5.1.2017-5.31.2017 –**

-I started the G.R.O.W project with Sarah Stevens (Continuous Improvement Agent)

**5.12.2017**

-Jason Case (Operations Advisor - Caucasian) my supervisor, called me in the office and told me that since I was working on the GROW project that he is removing me of the responsibilities of Back-up Process Champion. I asked him why was I being removed of the duties as Backup Champion duties, his response was, that I am involved in too many projects. Then I said to him that he told me that Process Champions are the people that upper management is seeking to promote. I was not pleased with that descision, however, the role as backup Process Champion was removed.

-Jason Case (Operations Advisor – Caucasian Male) my supervisor, advised me that he could not allow me to work on both the GROW and be Back up Process Champion. -He **DID NOT** give me an option to choose which one I would prefer to work on, he simply removed me of the duties as the Backup Process Champions.

**5.15.2017**

It was announced to our dept that Shelley Zienski(Caucasian female early to mid thirties), who is an In-Home Agent (working for home), was the new Backup Process Champion. Shelly works from home and is only in the office 2 days a week.

**6.2.2017 - 10:18am**

-Thomas Martin, Troy Schaffer, Jamie Dyer, and Patricia Allen are the people responsible for the phone coverage. A message went out on 5.30.2017 indicating that Jamie and Shelley were going to be out of the office on 6.1.2017 and 6.2.2017. Message also stated that Patricia Allen would be out of the office on 6.2.2017. My understanding from the email was to help out when needed on 6.1.2017, and to cover the phones all day 6.2.2017 because Patricia was going to be out of the office all day on 6.2.2017. However, Patricia came to work on 6.2.2017.

– Amanda Adams (Operations Advisor-Caucasian Female) of Lowe's Returns approached me about being on the phones. She said that calls were dropping and that I should be on the phones. I said I don't mind being on the phones, but Patricia is in the office today and what I understood is that if Patricia is out the office that I should cover the phones all day, however, Patricia was in the office. I told her I was perfectly fine helping cover the phones and do not mind jumping to help. I jumped into the que and started taking calls. I sent Amanda a message later on that day stated that I didn't mind jumping in on the phones, but understood that since Patricia was in the office that I was only needed as a backup.  I felt like Amanda Adams had been watching me "ALL" day!!!

## McDonnell-Douglas Discrimination Test

- Are the circumstances of your treatment so unusual, egregious, unjust, or severe as to suggest discrimination? **YES**  (Examples below)

**6.5.2017 – 10:00am-10:42am**

-Jason Case (Operations Advisor-Caucasian Male) approached me and asked to talk to me. He said that, in his absence, that it was noticed on 6.2.2017 by upper management that I was not working and walking around. He said that the phones were not covered. He said calls were dropped. And I asked him if it was my fault that calls dropped? He then said Troy and Thomas should have been on the phones as well.

I told him that I understood the message to be that Patricia Allen was going to be out on 6.2.2017, and that I should cover the phones all day, however Patricia came in on 6.2.2017. I thought since Patricia was in the office and there were over 200 emails in the email box that I should jump in the email box and process. I said to him that he did not communicate to me that he wanted me to stay on the phones all day even if Patricia was in the office.

He said that my numbers indicated that I only worked in the email box at 63%. I said to him that I DID help on the phones and that could possibly be one of the reasons why I only worked in the box for 63% of the time. He advised me that I should pay attention to my personal AUX time. He advised me that 10 min is what I am allotted a day for AUX (personal/bathroom time).

He said he was told I was on face book. I told him I only get on face book during my breaks. I then said that maybe whoever was watching me probably didn't see my break sign up to know if I was on break or not. I told him that I felt like I was being watched all day on 6.2.2017.

**6.6.2017 (8:05am)** – Sent Jason Case a message confirming expectations of me while helping cover on phones and doing my daily email correspondence on a daily basis.

**6.6.2017 (2:27pm) -** Received a message from Jason Case (Operations Advisor) reminding me of the normal usage of personal AUX (personal/bathroom time) should not exceed 10 min a day.

**6.8.2017 – 9:34am**

-Jason Case (Operations Advisor) approached me and asked me if I was just getting back from break? He said he noticed that I had just logged back into "email mode" after being in "personal time (AUX)". I told him I had been back from rest room break for a while and I forgot to log back into email mode. He told me to remember to log in and out of personal time. He said if I don't log back into the proper aux code it would hurt my numbers. I then told him that I am really trying to focus on putting myself back into email mode when I come back to my desk from going to the rest room or going to get coffee.

-I did say to him, I don't understand what's going on now. He's has NEVER approached me about auxing in and out before????

**6.14.2017 10:00am-10:37am – Met with Jason Case (Operations Advisor) again**.

-He said that my numbers are really bad and that my personal time is really bad as well.

-He told me that I was only being allotted 10 mins a day for personal time. He said the 10 min should be used for bathroom time and to make personal calls. He **NEVER** mentioned anything to me about Workforce Management and that this is what Workforce Management is asking us to do now. He said I should use this time for getting coffee, getting breakfast, and getting my lunch. I mentioned to him that every since the incident between Amanda Adams and I on 6.2.2017 that I have been under a microscope.  Then he said it took me 5 minutes to finish one email. I said

what does that mean? I said I sometimes it takes longer on some emails than it does on others. Some emails could take 5-8 minutes if there is research that is needed, or sometimes it takes 1 minute to finish an email because the email only requires a "thank you" response. Again, I told him I feel like I'm being watched for every little thing that I do. Feel like I'm under a microscope.

**6.14.2015 – 1:30pm-2:15pm – Met with Melissa Gonzalez (Human Resources)**

Met with Melissa Gonzalez and told her everything that has been happening since 6.2.2017. I told her:

-I was removed of the Backup Process Champion responsibilities. Jason allowed me to be a part of the GROW project. However, he told me that he could not allow me to be a part of both after I accepted working on the GROW project. I told Melissa that he NEVER said to me that I had to make a decision between two roles. He just told me that he was removing me from the Backup PC responsibility.

- I was being held responsible for 9 calls dropping on 6.2.2017.

-About the 10 min bathroom and personal time a day

-About Jason supporting Troy Schaffer trying to take the Signature On File project from me. I told her that I pulled the chain on that process back in October of 2016. Jason Case said that Troy had been working on the project since January 2017 and that things fell through the cracks since Anja Holmes was now gone.

-About Jason Case calling me in the office about upper management noticed I was walking around a lot on Friday 6.2.2017.


- Jason said my stats were bad. He said I only worked 63% in the email box on 6.2.2017. Daily stats were to process 30 emails a day, I processed 23 emails that day. I also mentioned to him that I was also taking calls as well as working in the email box, so which is why I only completed 23 emails instead of 30 emails for that day.

-Asked Melissa if she could help me move on to the Sales Operations team. I said to her that one of the ladies that I work out with at Planet Fitness works in the Sales Operation dept and she insinuated that the hiring freeze is over for their dept. She said that she thinks that there are two positions becoming available. Mentioned to Melissa that this person said she thinks I would be "good fit for the job" because I have experience in working with Inside Sales Representatives (ISR), the Regional Sales Directors (RSD), and Market Managers (MM) as well as working the Buy Fair shows. I specifically asked to be moved to the Sales Operation dept. I asked her

**TWICE** in this meeting to be moved to that team. I also mentioned that takin telephones calls stresses me out. Being on the phones increases my stress levels.

-Told Melissa that I wanted to meet with the three of them, Jason Case, Nicholas Balanowski, Melissa Gonzalez, and myself.

**June 15, 2017 – Co-Workers Not following 10min Aux (personal/bathroom time)**

**7:35am-7:47am** – Shelley Zielinski and Cathy Will (Caucasian Female) went to get breakfast

**8:07am** – Jeff Law (Caucasian Male) came in late for work. Left work at 4:30pm. Left his desk at random times throughout the day: 8:17am, 8:23am, 8:58am, 9:36am, 11:18am-11:39am, 12:58pm-1:28pm

**9:57am** – Cathy Will (Caucasian) leaves desks at random times: 9:57am, 12:00pm, 12:07pm-12:18pm


**6.19.2017 – 3:18pm Non- Productive and Productive Aux Codes – Message went out to "ALL" of TCS (Independent Retail, Lowe's and Returns).**

This message went out 13 days after I was advised of Aux codes and 5 days after I met with Human Resources – Melissa Gonzalez

**These are reactions and comments after message was communicated to the team**

-Where in the world is all this coming from?

-When do we go and get our breakfast and lunch now?

-Why are we being forced to take 10 min bathroom and personal time a day?

-Can they do this to us? Why are they doing this to us?

-Feels like this place is a prison

-I want out of this dept?

-In a "High Agreement" meeting Chris Dumcombe asked Jason "what is up with the 10 min break stuff"? Then she asked "Where is all of this coming from"? Jason said he would talk to her in private. Did not mention what was going on with the 10 min bathroom/personal time to everybody in the meeting.

**6.20.2017 – 11:30am-12:30pm – Meeting with Melissa Gonzalez (Human Resources), Nicholas Balanowski (Manager Once Removed), and Jason Case (Operations Advisors), Charlotte Shannon**

-Jason said that he did not provide proper training after the Coaches Training in January

-Jason said that he provided the opportunity for me to be Backup PC but failed because he didn't allow me the proper training. I asked him why didn't he provide me the proper training to be successful in the position. He had absolutely nothing to say.

-Mentioned to Melissa (HR) that I had to go to other Process Champions in the building (Independent Retail, and Home Depot) to get more training as backup PC. I said that I was failing terribly because I was not allowed the proper training. Jason told me that I should not be going to other Process Champions to get training and that I should be getting training from my Process Champion (Troy Schaffer). I told him that my Process Champion (Troy Schaffer) was giving me very little training here and there. I asked Jason what happens if Troy found another job, I would not be prepared to be successful as a PC because I'm not getting the proper training.

-I asked Jason how did he rate my job performance prior to 6.2.2017? Why all off a sudden is he monitoring my bathroom and personal break time. NONE of this was going on prior to the incident between Amanda Adams and myself on 6.2.2017. He couldn't answer my question

-I said to Jason that "ALL" of my performances (January-April) prior to 6.2.2017 were very good monthly performances/evaluation

-I also mention to Jason that in February he awarded me 2hr vacation time in February for doing such a great job answering the phones and maintaining emails. Said that I had a very positive attitude and enjoyed working with and I was a delight to the dept.

-Jason told me that I was "Rocking it out". He said I did an AWESOME job with the Continuous Improvement Open House. He said I did a GREAT job helping coordinate, organize the CI Open House and did a GREAT job presenting to the whole TSC dept. He said that I needed to continue doing what I'm doing with being Process Champion to get a raise and to possibly be promoted. I asked him "what in the world happened that "NOW" I'm such "poor" performer?

-Nicholas Balonoski asked if the whole team TCS understood the aux codes?

**6.19.2017 – 3:18pm Bathroom/Personal Times were communicated to ALL the teams (Independent Retail, Lowe's, and Returns)**

**These are reactions and comments that people were saying after the bathroom/personal time message went out- Reactions were:**

-Where in the world is all this coming from?

-When do we go and get our breakfast and lunch now?

-Why are we being forced to take 10 min bathroom and personal time a day?

-Can they do this to us? Why are they doing this to us?

-Feels like this place is a prison

-I want out of this dept?

-In a "High Agreement" meeting Chris Dumcombe asked Jason "what is up with the 10 min break stuff"? Then she asked "Where is all of this coming from"? Jason said he would talk to her in private. Did not mention what was going on with the 10 min bathroom/personal time to everybody in the meeting.


**6.21.2017 8:37am**

I forgot to log out into personal time. When I came back to my desk, Jason Case sent out a message stating that if everyone is not using the aux codes and you will be called into a 1 on 1 immediately and the issue will be addressed!!!

**6.21.2017 8:55am Met with Melissa Gonzalez**

-Showed Melissa the message that Jason Case had just sent out. Told her I felt like the only reason that message went out was because I didn't use the personal code when I went to use the rest room and get coffee

-Melissa said that she was going to see what kind of aux code the CXC (Customer Experience Center) is using

-Melissa said that she talked Nick Balanowski about the issues. She said she told Nick and Jason that they CAN NOT micro manage (me) people like that.

-Melissa said that Jason Case should have **NEVER** should have removed me from Back up Process Champion. She said he should have allowed someone else to step in while I was working on another project, but **NEVER** remove me from that position. She said he was not fair to me in that regard.

**6.22.2017 – Email message went out to the dept**

Jason Case (Operations Advisor) sent out a message stating beginning July 3, 2017, email and phone responsibilities will be rotated. The people listed below will rotate every two weeks. Rotation will be two on the phones and two weeks on email correspondence. Chris Dumcombe

and Shelley Zielinski will not have to rotate. They are responsible for their regular duties of email correspondence.

**People responsible for phone coverage:**

Patricia Allen (African American female), Thomas Martin (Caucasian male), Jamie Dyer(Caucasian male), and Troy Schaffer (Caucasian male) (Process Champion)

**People responsible for email correspondence:**

Cathy Will (Caucasian female) early to mid 60's

Chris Dumcombe (Caucasian female)

Shelley Zielinski (Caucasian female)

Cassandra Rodriquez (Caucasian /Hispanic female)

Charlotte Shannon (African American)

**Back Office – Responsible for product research**

Beth Bush (Caucaisan female) early to mid 60's

**August 8, 2017 – Meeting with Counselor Tim McVay at Freedom Counseling**

12:00pm – Met with Counselor Tim McVay – said that based on my emotional state right now, he feels that I am not ready to go back to work by August 21st, 2017. He said that he will tell Betty Moore that he feels "emotionally" I am not ready to deal with the stress that I would have to deal with going back to work.

# McDonnell-Douglas Discrimination Test

-Were you treated differently than a similarly situated person who is not in your protected class? – **YES** (Examples below)

**February-March Timeframe**

Spoke **with John Kregg (Caucasian male)** said that the company finally gave me a raise after 3-4 yrs. He said he had been asking for a raise for a while. I asked him did he do anything "significant" to be awarded a raise. He said "no", that they just finally saw fit to give him a raise.

**I (African-American)** woman have not been given a raise in at least 8 years probably longer than that. When I asked for a raise, I was told I needed to do something significant like save the company a lot of money or do something to improve standard work (significantly) across the company. The Siginature on File (SOF) project would have given me that recognition, however, my supervisor **Jason Case (Caucasian male)**, was willing to take it and give it to **Troy Schaffer (Caucasian male)**.

**Under the leadership of Sue Zvonar - Persons that left the company because of lack of opportunity to advance in the company**

**Taleah Adams (African American)** worked for Whirlpool for 5yrs (had a master's degree in human resources) worked in Home Depot front office, Independent Retail front office. She then moved on to Retail back office (lateral move). Under the leadership of Sue Zvonar, Teleah, asked to apply for a position in human resources. Sue Zvonar told her she wasn't ready for that position. Therefore, she was denied an opportunity to advance in the company. Taleah left Whirlpool and now works at Lakeland Medical Center as a Human Resource Recruiter. She had to leave Whirlpool to utilize her degree and to advance in her career

**Sharon Hunt (African American)** worked for 10+ years at Whirlpool. Under the leadership of Sue Zvonar/Paula Whitesell was demoted in her leadership role and eventually terminated from her job for no apparent reason.

## McDonnell-Douglas Discrimination Test

- Have you noticed that other employees of your protected class seem to be singled out for adverse treatment or are put in dead-end jobs?

- **YES**-Dead-End Jobs-Demoted from back-office position in the Returns dept while on FMLA, and placed in the Home Depot front office position (back on the phones) No opportunity for advancement, nor a raise in years (Examples below)

**August 14, 2017 – Message from Jason Case via cell phone**

About 10:00am I received a call/message from Jason Case stating that my position on the Return Email was no longer. He said they needed to be back-filled position therefore, I no longer had a position on Returns email. He said that whenever I returned back to work I will be returning to Home Depot dept. He said that Fritz will be my new supervisor.  The Home Depot dept(has been referred to as the "Demon" account) is where the majority of the African American people are hired in to work. Home Depot is one of the worst depts. to work in. It is the most stressful position to work in. Why in the world if I'm off work on STD for high blood pressure due to high stress levels, why would they send me to a position that is more stressful than the job I was in before I left for STD?????

**Tammy King-Williamson** (Caucasian female) was on FMLA/STD for 10 months. She returned to work in Dec. 2017 the week before Christmas. She returned to her same position after being on leave for nearly a year.

**Laurie Larion** (Caucasian female) was on medical leave from Aug.-Nov. of 2016 and was able to come came back to work to her same position.

I (African-American) was on FMLA/STD for 12 weeks, however 6 weeks into the FMLA/STD, I received a call stating my position was being back filled by Laurie Schmidke (Caucasian female) and when I return back to work, I would be in The Home Depot dept. This is the "worst" dept to work in in the entire building.

**August 16, 2017 – Spoke to Kara (Matrix)**

**1:45pm –** Spoke to Kara of Matrix. I asked her if my leave was covered under the FMLA/STD disability. She said "yes". She is certain that my leave is covered by the FMLA/STD disability.

I mentioned that at one point I did want to work on Independent Retail taking calls maybe once or twice a week for a couple hours to recapture my knowledge of order management. I mentioned to him that I loved going to the Buy fairs and I really enjoyed interacting face-to-face with the trade partner

**August 18, 2017 at 10:59am**

Received a call from Fritz Bissereth (Operations Advisor for Home Depot)

He said that he will be out of the office next week at the Buy Fair shows in Las Vegas. He said I will be meeting with Ben Eddinger and Jason Case on Monday August 21, 2017 to discuss what my new role will be. He said Carla Hurse will be my point of contact when I return to work. He said my new role will be on the Home Depot's front office (taking Home Depot calls). He said he wanted to call and welcome me to the team.

**Full Benefits on FMLA/Short Term Disability not being paid**

My full benefits should be $1577.37 by-weekly

August 25, 2017 (pay period) I was only paid received $436.38 in my checking account.

July 14 (pay period) received $769.26. At this point I am not receiving full benefits while I am on FMLA/Short Term Disability. Please see attached documents.

**1/22/2018 9:00am**

I went into ASPECT system to enter my 2hrs overtime for this week (1/22/2018). When I opened up my ASPECT, my over time from 1/22/2018-1/29/2018 was already entered. I was suppose to put in my overtime on Wednesday (1/17/2018) before I left work, but forgot, however, I DID NOT put in any overtime before I left. I asked a few people if when they went into their ASPECT system did they already have their overtime scheduled?

I asked:

Kayla/Front Office - NO

Tamyra/ Front Office - NO

Jasime/ Front Office - NO

Josh/Support Team- NO

I asked Fritz about it and he said that he didn't know why my ASPECT already had the overtime entered and NO ONE else did. He asked me to send him a snapshot of what was in my Aspect.

Now, waiting to see what he finds out about the overtime entered into my Aspect un-benounced to me.

1/30/2018 12:15pm

I noticed that 1/28/2018 had UPTO (unpaid time off) in my Aspect.


# McDonnell-Douglas Discrimination Test


- Have you heard other employees in your protected class complain about discrimination, particularly by the supervisor or manager who took the adverse action against you? **YES** (Examples below)


Unanimous Source  2 (African-American woman) – Job responsibility is back office - Said that last year Amanda Adams was okay to work with because she was very into church. However, this year she is no longer as into church as she was last year and this year it is has been extremely difficult to work with her. She said that this year has been very challenging because Amanda has been a witch.

Unanimous Source 2 (African-American woman) – Said she was a part of a project last year that was suppose to give her "GREAT" exposure for possible promotion. She and three other people (2 Caucasian males, and 1 Caucasian female) worked on the same project.  The Caucasian female was promoted. The two Caucasian males were promoted as well. She (African American) is still in the same position. Others (all Caucasian) were advised to apply for positions to be promoted, but she wasn't.


Feb. 15,2018 10am-11:00am

---------- Forwarded message ----------
From: **Brooke Zelmer** <brooke_zelmer@whirlpool.com>
Date: Tue, Feb 20, 2018 at 4:19 PM
Subject: Re: Invitation: Conversation @ Thu Feb 15, 2018 10am - 11am (EST)
(charlotte_shannon@whirlpool.com)

To: Charlotte Shannon <charlotte_shannon@whirlpool.com>

Yes, your expectations are correct. My only other comment would be that if there was for some reason a delay, I will reach out and you give a reasonable updated time frame for resolution.

On Tue, Feb 20, 2018 at 4:03 PM, Charlotte Shannon <charlotte_shannon@whirlpool.com> wrote:

Good afternoon Brooke,

Just to reach out and say "Thank you" for the opportunity to meet on 2/15/2018 @ 10:00-11:00am. I appreciate you reaching to have a discussion.

Per our conversation, you will be doing some research on what we discussed. The understanding prior to ending our discussion was: You will be reaching back out to me with results of your research within two weeks.

Looking forward to hearing from you soon

Again, thank you for taking the time out of your busy schedule to meet with me

On Wed, Feb 14, 2018 at 10:43 AM, Brooke Zelmer <brooke_zelmer@whirlpool.com> wrote:

**more details »**
**Conversation**
Charlotte,

I just wanted to speak with you about the HR case you submitted. I'm sorry that the room is so far off from the D Wing but limited room availability as always.

| When | Thu Feb 15, 2018 10am – 11am Eastern Time |
|---|---|
| Where | US - Benton Harbor - Riverview - C224 Yellowstone - (10) (map) |
| Calendar | charlotte_shannon@whirlpool.co m |
| Who | • brooke_zelmer@whirlpool.com - organizer |
| | • charlotte_shannon@whirlpool.co m |

Going? **Yes** - **Maybe** - **No**   more options »

Invitation from Google Calendar

You are receiving this email at the account charlotte_shannon@whirlpool.co m because you are subscribed for invitations on calendar charlotte_shannon@whirlpool.co m

To stop receiving these emails, please log in to https://www.google.com/calenda r/ and change

your notification settings for this calendar.

Forwarding this invitation could allow any recipient to modify your RSVP response.