3

## McDonnell-Douglas Discrimination Test

Did your employer violate well-established company policy in the way it treated you? **YES** (Examples below)
## McDonnell-Douglas Discrimination Test

Conversation with a co-worker in the lobby on the 1st floor. 7:45am (12/12/2017)

Co-worker's name is Tammy Williamson-(Causian Female) Here is what she shared with me:

-She was off work for 11 months on STD (Short Term Disability) and was paid full benefits during the time she was off work

-Only reason why she came back to work today (12/12/2017) was because she was told she would have to go on LTD (Long Term Disability) if she didn't return back to work for at least one day.

-She expressed that LTD would only hold her position, but she wouldn't get paid for her time off

-She expressed that she was happy that she was able to keep her position and also, get her full pay while being on STD-FMLA.

-She stated that she was able to keep her position because two other woman in her dept (Sandra Mann and Kathy Piltz) were retiring in the January/February time fame.

-Whirlpool held her position, paid gave her full pay and upon arriving back to work, she returned to an office space with a nice window/river view space.


Charlotte Shannon (African-American woman)

-I was removed from my position, and had to fight with the matrix department regarding my full pay benefits while being on STD-FMLA

-I was moved to a position that was NOT comparable to the position I was in when prior to leaving on STD/FMLA

-Not only was I kicked out of my position, but Laurie Schmidke was moved into the position I was in. Also, others were hired in the Retail Returns email box to help with the work load

-While now working in the Home Depot, I was asked to train a co-worker by Cherie L. Sonneburg on how to do my old job (Returns Email) that I was kicked out of while being on STD/FMLA

-After 8 weeks of being on STD-FMLA, my doctor's express concerns for my health and put me on another 4 weeks of STD/FML. Her certification for my health was denied. I had to fight to get an additional 4 weeks of for STD-FMLA.

-When I returned to work my things were put in a box and thrown under my desk