4

## McDonnell-Douglas Discrimination Test

Did your employer violate well-established company policy in the way it treated you? **YES** (Examples below)

10.30.2017
Cheri L. Sonneburg: Charlotte....I am needing you to Train Tanesha on Retail returns since that is your old space. Can you help? 9:05am
Charlotte: Sure 9:06am
Cheri L. Sonneburg: Ok...we are very good on ASA now...I'm going ask Tanesha to pop over to your desk. Put yourself in Training Aux. 9:07am
Charlotte: Okay 9:10am
Cheri L. Sonneburg: Hi Charlotte...we need to stop training right now 9:30am

10.31.2017
Went back into work the next day and looked the chat message from the previous day, all of its entirety from Cheri L. Sonneberg's message was deleted except for this message:
8:15am
*"Hi Charlotte...we need to stop training right now 9:30am"*