5



Charlotte Shannon <charlotte_shannon@whirlpool.com>

## Phone Coverage for 6/1 and 6/2
1 message

**Jason D Case** <jason_d_case@whirlpool.com>  Tue, May 30, 2017 at 2:19 PM
To: Charlotte Shannon <charlotte_shannon@whirlpool.com>, Elizabeth J Bush <beth_bush@whirlpool.com>, Troy R Schaffer <troy_r_schaffer@whirlpool.com>, Patricia L Allen <patricia_l_allen@whirlpool.com>, Thomas E Martin <thomas_e_martin_aerotek@whirlpool.com>

Hey Team,

I just wanted you to be aware that Jamie and Shelley will be attending training on both 6/1 and 6/2 and Patricia will be out of the office on 6/2 so if you all could make sure that phones are covered that would be greatly appreciated.

|  | 6/1/2017 | 6/2/2017 |
|---|---|---|
| Patricia | X | Out of office |
| Thomas | X | X |
| Charlotte | On Reserve | X |
| Troy | On Reserve | On Reserve |
| Beth | On Reserve | On Reserve |

X = Phones all day
If on Reserve please assist when phone are busy and please work with each other to assist during lunch times.

Thank you,

**JASON D CASE** RETAIL RETURNS OPERATIONS ADVISOR
T: 269-932-6514 | Whirlpool Corporation | WhirlpoolCorp.com
Please consider the environment before printing this e-mail





Charlotte Shannon <charlotte_shannon@whirlpool.com>

## Metrics
2 messages

**Charlotte Shannon** <charlotte_shannon@whirlpool.com>                  Tue, Jun 6, 2017 at 8:05 AM
To: Jason D Case <jason_d_case@whirlpool.com>

Good morning Jason,

After our discussion yesterday, I am forwarding you this email of "expectations" which is offered as a constructive means to clarify your expectations of me and to improve my job performance.

My goal is to be fully aware of what is expected of me on a daily basis.

Please provide me what your expectations are for an average, above average, and exceeding average for the following:

For emails:

-Number of complaints that should be completed daily?

-Number of emails that should be completed daily?

-Metrics for emails/phones if I'm working on a CI projects?

-Metrics for emails/phones if I'm working on GROW project?

For CRM

-Threshold for time I should be working within CRM

For phones:
-Specific criteria for the "alternative" person on phones

I am confident that you will accept/read this email as an effort to help improve my performance on a daily basis.

Thank you for you continued support

--

CHARLOTTE SHANNON TRADE PARTNER SUPPORT SPECIALIST
T: 269-759-7467 | Whirlpool Corporation | www.WhirlpoolCorp.com
Please consider the environment before printing this e-mail

---

**Jason D Case** <jason_d_case@whirlpool.com>  Tue, Jun 6, 2017 at 2:27 PM
To: Charlotte Shannon <charlotte_shannon@whirlpool.com>

Hey Charlotte,

Here is the expectations I have for you as requested. Please let me know if you need clarification.

For emails:

-Number of complaints that should be completed daily? NA - We are currently not measuring the number of complaints created per rep. But we do look at this information in respect to the number of emails completed in a day.

-Number of emails that should be completed daily? Currently the goal for each team member is at least 30 emails per day. As shown in previous 1 on 1's this goal of 30 per day has not been met on a consistent basis. This is also an area of opportunity that I feel you can improve on. This goal may be changed in the near future as moving forward our goals will be updated as we improve the process through Standard Work. This also may differ depending on type of work the individual is involved in or if there is some sort of project work or as a SPOC. Additionally as you have seen in our recent 1 on 1's we are starting to track your AHT for emails which is also a representative of

the work being performed. You also want to take into account the amount personal Aux being used. As we spoke about yesterday that getting food, visiting and phone usage should be used while on your break time and your personal aux should be limited to bathroom breaks or emergency's. Upon this issue arising I have verified that there is excessive use of personal AUX which I would like to see improved upon as well. Normal usage of personal AUX should not exceed 10 min a day and currently your numbers indicate you are on average 60 minutes per day. This will directly affect your utilization and overall performance.

-Metrics for emails/phones if I'm working on a CI projects? Metrics remain consistent across the board and should be your first priority. Assuming the team is within SLA for 85% of the time and you are meeting and/or exceeding your personal metrics then you will be available for additional project work.

-Metrics for emails/phones if I'm working on GROW project? Again, metrics remain consistent across the board and should be your first priority. Assuming the team is within SLA for 85% of the time and you are meeting and/or exceeding your personal metrics then you will be available for additional project work.

For CRM

-Threshold for time I should be working within CRM - You should be meeting and or exceeding you utilization in CRM for 85% of the time per day.

For phones:
-Specific criteria for the "alternative" person on phones. You will be held to the same standard of an Average Handle Time of 4:00 min per call and a team ASA of 60 Seconds.

If for whatever reason you are not comfortable in reaching these goals on the phones as you do help out then I would request that you schedule at least 1 day a week to stay on phones all day so you stay up to date on helping out and are able to meet and or exceed your goals as requested.

Please take time to look over this email and if you have any questions at all lets please discuss on our 1 on 1.

Thank you,

**JASON D CASE** RETAIL RETURNS OPERATIONS ADVISOR
T: 269-932-6514 | Whirlpool Corporation | WhirlpoolCorp.com
Please consider the environment before printing this e-mail