6



Charlotte Shannon <charlotte_shannon@whirlpool.com>

## January 1 on 1
1 message

**Jason D Case** <jason_d_case@whirlpool.com>  Tue, Apr 4, 2017 at 11:13 AM
To: Charlotte Shannon <charlotte_shannon@whirlpool.com>

| Specialist | | Productivity | Attendace | Flexibility | CI Mindset | Initiative | People Leadership | D.I.R.T.S. | Performance | 9 Box | Completed Emails | Complaints | Days Worked on Emails | Avg Emails Per Day | CSV AHT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Charlotte | Shannon | 3 | 3 | 2 | 3 | 2 | 3 | 3 | 2.714285714 | 5 | 309 | 443 | 18 | 17 | |

**JASON D CASE** RETAIL RETURNS OPERATIONS ADVISOR
T: 269-932-6514 | Whirlpool Corporation | WhirlpoolCorp.com
Please consider the environment before printing this e-mail





Charlotte Shannon <charlotte_shannon@whirlpool.com>

## February 1 on 1
1 message

**Jason D Case** <jason_d_case@whirlpool.com>　　　　　　　　　　　　　　　　　Tue, Apr 4, 2017 at 10:39 AM
To: Charlotte Shannon <charlotte_shannon@whirlpool.com>

| Specialist | | Productivity | Attendace | Flexibility | CI Mindset | Initiative | People Leadership | D.I.R.T.S. | Performance | 9 Box | Completed Emails | Complaints | Days Worked on Emails | Avg Emails Per Day | CSV AHT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Charlotte | Shannon | 3 | 3 | 2 | 3 | 2 | 3 | 3 | 2.714285714 | 5 | 278 | 400 | 18 | 15.4 | |

Thank you,

**JASON D CASE** RETAIL RETURNS OPERATIONS ADVISOR
T: 269-932-6514 | Whirlpool Corporation | WhirlpoolCorp.com
Please consider the environment before printing this e-mail



Charlotte Shannon <charlotte_shannon@whirlpool.com>

## March 1 on 1
1 message

**Jason D Case** <jason_d_case@whirlpool.com>  Mon, Apr 24, 2017 at 9:05 AM
To: Charlotte Shannon <charlotte_shannon@whirlpool.com>

Hey Char,

Here are your stats for March.

| Specialist | | Productivity | Attendace | Flexibility | CI Mindset | Initiative | People Leadership | D.I.R.T.S. | Performance | 9 Box | Completed Emails | Complaints | Days Worked on Emails | Avg Emails Per Day | CSV AHT | Email AHT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Charlotte | Shannon | 3 | 2 | 2 | 3 | 2 | 3 | 3 | 2.571428571 | 5 | 375 | 444 | 18 | 20.8 | 7:36 | 9.05 |

**JASON D CASE** RETAIL RETURNS OPERATIONS ADVISOR
T: 269-932-6514 | Whirlpool Corporation | WhirlpoolCorp.com
Please consider the environment before printing this e-mail





Charlotte Shannon <charlotte_shannon@whirlpool.com>

## April 1 on 1
2 messages

**Jason D Case** <jason_d_case@whirlpool.com>      Mon, May 22, 2017 at 10:08 AM
To: Charlotte Shannon <charlotte_shannon@whirlpool.com>

Hey Char,

If you would like to meet on these numbers when you return from vacation please let me know.

| Specialist | | Productivity | Attendance | Flexibility | CI Mindset | Initiative | People Leadership | D.I.R.T.S. | Performance | 9 Box | Completed Emails | Complaints | Days Worked on Emails | Avg Emails Per Day | CSV AHT | Email AHT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Charlotte | Shannon | 3 | 1 | 2 | 3 | 2 | 3 | | 3 2.428571429 | 5 | 447 | 523 | 19 | 23.5 | 6:00 | 8.52 |

**JASON D CASE** RETAIL RETURNS OPERATIONS ADVISOR
T: 269-932-6514 | Whirlpool Corporation | WhirlpoolCorp.com
Please consider the environment before printing this e-mail

---

**Charlotte Shannon** <charlotte_shannon@whirlpool.com>      Wed, May 24, 2017 at 8:15 AM
To: Jason D Case <jason_d_case@whirlpool.com>

Good morning Jason

Yes, I would like to meet. May we get together sometime today if possible.

Let me know.

Thanks much
[Quoted text hidden]

--

**CHARLOTTE SHANNON** TRADE PARTNER SUPPORT SPECIALIST
T: 269-759-7467 | Whirlpool Corporation | www.WhirlpoolCorp.com
Please consider the environment before printing this e-mail



Charlotte Shannon <charlotte_shannon@whirlpool.com>

## Non-Productive Aux
4 messages

**Jason D Case** <jason_d_case@whirlpool.com>　　　　　　　　　　　　　　　　　Wed, Jun 14, 2017 at 11:29 AM
To: Charlotte Shannon <charlotte_shannon@whirlpool.com>

Hey Char,

I fully understand as we discussed today that there may be a minor error being made in logging back in to personal Aux. As we have discussed and you have agreed we need to work together to bring that number back to an acceptable timeframe.

Can you please let me know what steps you are going to take to correct this issue as I want to make sure you fully understand this issue I want to help make sure this does not impact your stats and this is not being looked at as a negative behavior. Like I indicated in our meeting I want to help you succeed and want to make sure you in full awareness of what is going on.

Thank you again for taking the time to meet with me real quick and please let me know if you have any questions or concerns.

Thanks again,

**JASON D CASE** RETAIL RETURNS OPERATIONS ADVISOR
T: 269-932-6514 | Whirlpool Corporation | WhirlpoolCorp.com
Please consider the environment before printing this e-mail



---

**Charlotte Shannon** <charlotte_shannon@whirlpool.com>　　　　　　　　　　　　　Wed, Jun 14, 2017 at 11:34 AM
To: Jason D Case <jason_d_case@whirlpool.com>

Thank you
[Quoted text hidden]

--

**CHARLOTTE SHANNON** TRADE PARTNER SUPPORT SPECIALIST
T: 269-759-7467 | Whirlpool Corporation | www.WhirlpoolCorp.com
Please consider the environment before printing this e-mail

---

**Jason D Case** <jason_d_case@whirlpool.com>　　　　　　　　　　　　　　　　　Fri, Jun 16, 2017 at 8:16 AM
To: Charlotte Shannon <charlotte_shannon@whirlpool.com>

6/20/2017

Case 1:18-cv-00198-PLM-RSK   ECF No. 1-6 filed 02/26/18   PageID.43   Page 7 of 10
Whirlpool Corporation Mail - Non-Productive Aux

Good morning Charlotte,

I have yet to receive a response from you in regards to the actions you plan on taking to resolve the excessive Aux code usage. Can you please respond by the end of business today and let me know what you are going to do to reduce your "Non-Productive Aux Codes"? I think once this is resolved you will see a dramatic increase in your utilization numbers.

Thank you,

**JASON D CASE** RETAIL RETURNS OPERATIONS ADVISOR
T: 269-932-6514 | Whirlpool Corporation | WhirlpoolCorp.com
Please consider the environment before printing this e-mail



[Quoted text hidden]

---

**Charlotte Shannon** <charlotte_shannon@whirlpool.com>      Fri, Jun 16, 2017 at 8:22 AM
To: Jason D Case <jason_d_case@whirlpool.com>

Good morning,

Pay closer attention to my aux time.

Thank you
[Quoted text hidden]
--

**CHARLOTTE SHANNON** TRADE PARTNER SUPPORT SPECIALIST
T: 269-759-7467 | Whirlpool Corporation | www.WhirlpoolCorp.com
Please consider the environment before printing this e-mail



Charlotte Shannon <charlotte_shannon@whirlpool.com>

## Non-Productive and Productive Aux Codes
3 messages

**Jason D Case** <jason_d_case@whirlpool.com>                                      Mon, Jun 19, 2017 at 3:18 PM
To: Andrew A Wolfe <andrew_a_wolfe@whirlpool.com>, Cassandra J Rodriguez <cassandra_j_rodriguez@whirlpool.com>, Cathy A Will <cathy_a_will@whirlpool.com>, Charlotte Shannon <charlotte_shannon@whirlpool.com>, Christine A Duncombe <christine_a_duncombe@whirlpool.com>, Elizabeth J Bush <beth_bush@whirlpool.com>, Jamison T Dyer <jamison_t_dyer_aerotek@whirlpool.com>, Jeff H Law <Jeff_H_Law@whirlpool.com>, Patricia L Allen <patricia_l_allen@whirlpool.com>, Shelley M Zielinski <shelley_m_zielinski@whirlpool.com>, Thomas E Martin <thomas_e_martin_aerotek@whirlpool.com>, Troy R Schaffer <troy_r_schaffer@whirlpool.com>

Hello Team,

As we are approaching mid year I wanted to make sure everyone was aligned with some additional expectations in regards to aux codes which I will be adding to our sheet for 1 on 1's. Please read below and let me know if you have any questions or concerns. It will be your responsibility to make sure the correct aux codes are being used at the appropriate times.

**Non-Productive Aux Expectations**
Your total "Non-Productive Aux in a day should not total more than 10 minutes" which includes the following two aux codes. This measurement will be on your 1 on 1's moving forward.
Aux 0 - Default - **Time spent "Not Ready"**
Aux 1 - Personal - **Bathroom Breaks and Emergency's**

**Productive Aux Expectations**
For the following two Aux Codes it is my expectation that I am advised by you and understand what project or meetings you are attending via email and you also have it entered into Aspect.
Aux 2 - Meeting = **Needs to be added into Aspect before hand.**
Aux 3 - Training = **Needs to be added into Aspect before hand.**
Aux 4 - Email/Fax = **Needs to be used when working emails.**
Aux 5 - Project = **Needs to be added into Aspect before hand.**

Thank you all for your continued support as you are all doing an awesome job!!!

Thank you,

JASON D CASE RETAIL RETURNS OPERATIONS ADVISOR
T: 269-932-6514 | Whirlpool Corporation | WhirlpoolCorp.com
Please consider the environment before printing this e-mail



**Charlotte Shannon** <charlotte_shannon@whirlpool.com>        Tue, Jun 20, 2017 at 9:43 AM

[Quoted text hidden]

--

**CHARLOTTE SHANNON** TRADE PARTNER SUPPORT SPECIALIST
T: 269-759-7467 | Whirlpool Corporation | www.WhirlpoolCorp.com
Please consider the environment before printing this e-mail

---

**Jason D Case** <jason_d_case@whirlpool.com>        Wed, Jun 21, 2017 at 8:37 AM
To: Andrew A Wolfe <andrew_a_wolfe@whirlpool.com>, Cassandra J Rodriguez <cassandra_j_rodriguez@whirlpool.com>, Cathy A Will <cathy_a_will@whirlpool.com>, Charlotte Shannon <charlotte_shannon@whirlpool.com>, Christine A Duncombe <christine_a_duncombe@whirlpool.com>, Elizabeth J Bush <beth_bush@whirlpool.com>, Jamison T Dyer <jamison_t_dyer_aerotek@whirlpool.com>, Jeff H Law <Jeff_H_Law@whirlpool.com>, Patricia L Allen <patricia_l_allen@whirlpool.com>, Shelley M Zielinski <shelley_m_zielinski@whirlpool.com>, Thomas E Martin <thomas_e_martin_aerotek@whirlpool.com>, Troy R Schaffer <troy_r_schaffer@whirlpool.com>

Hello Team,

I just wanted to send a reminder that the following AUX codes need to be followed effective immediately. If I find that these codes are not being followed then you will be called into a 1 on 1 to get this addressed. I know that sometimes we make mistakes but following these codes are essential for Workforce Management to accurately forecast the work we are doing and the amount of time we are spending away from our desk and why.

If you have any concerns please come to me directly so we can discuss.

Thank you,

**JASON D CASE** RETAIL RETURNS OPERATIONS ADVISOR
T: 269-932-6514 | Whirlpool Corporation | WhirlpoolCorp.com
Please consider the environment before printing this e-mail



[Quoted text hidden]

```
                         CharlottePersonalAuxJune (1)
Personal Aux
6/1-35  -------- And 54min in meeting Aux2/nothing in Aspect
6/2-61
6/5-79
6/6-107
6/7-35
6/8-99
6/9-36
6/12-101
6/13-58
```