8



Whirlpool Corporation
2000 NORTH M-63
BENTON HARBOR MI 49022-2692
1-888-539-2372

### General

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Name:** | Charlotte Shannon | **Pay Period:** | 07/30/2017 - 08/12/2017 | **Federal** | | **Michigan** | |
| **Address:** | 2209 Charles Dr. | **Check Date:** | 08/11/2017 | Marital Status: | S | Marital Status: | S |
| | Stevensville MI 49127 | **Net Pay:** | 1,094.06 | Allowances: | 10 | Allowances: | 10 |
| **Person Number:** | 92028423 | | | Addl Amount: | 0.00 | Addl Amount: | 0.00 |
| **Cost Center:** | 25504 TCS Order Mgmt - Hil | | | | | | |

### Paycheck Summary

| | Gross Pay | Deductions | Taxes | Net Pay | Fed Taxable | FICA Taxable |
|---|---|---|---|---|---|---|
| Current | 1,577.36 | 366.84 | 116.46 | 1,094.06 | 1,380.55 | 1,522.51 |
| YTD | 26,994.15 | 5,341.45 | 2,929.79 | 18,722.91 | 23,487.54 | 25,673.91 |

### Earnings/Adjustments

| Description | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|
| Salary | | | | 19,874.61 |
| Bonus Non-Exempt | | | | 1,308.27 |
| Wellness Rebates | | | | 75.00 |
| Award | | | | 820.00 |
| Vacation | | | 146.00 | |
| Unpaid | | | -31.35 | -618.22 |
| Paid Excused Absence | | | 19.00 | |
| Regular NEX | | | 3.22 | 63.50 |
| Overtime 1 1/2 NEX | | | 3.65 | 107.97 |
| STD - Salaried | | 1,577.36 | | 5,363.02 |
| **Total:** | | **1,577.36** | **140.52** | **26,994.15** |

### Taxes

| Description | Amount | YTD Amount |
|---|---|---|
| **Federal** | | |
| Withholding | | 772.34 |
| Social Security | 94.39 | 1,591.78 |
| Medicare | 22.07 | 372.27 |
| **Michigan** | | |
| Withholding | | 193.40 |
| **Total:** | **116.46** | **2,929.79** |

### Before Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| 401(k) | 141.96 | 2,186.37 |
| AD&D | 0.60 | 9.60 |
| Medical | 41.23 | 1,069.21 |
| Dental | 11.70 | 187.20 |
| Vision | 4.82 | 110.23 |
| **Total:** | **200.31** | **3,562.61** |

### After Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| U.Way Donation | 2.77 | 44.32 |
| Loan 03 | | 1,390.20 |
| Loan 04 | 162.56 | 325.12 |
| Dep Life | 1.20 | 19.20 |
| **Total:** | **166.53** | **1,778.84** |

### Other Taxable Items

| Description | Amount | YTD Amount |
|---|---|---|
| EE GTLI Taxable | 3.50 | 56.00 |
| **Total:** | **3.50** | **56.00** |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| ADVICE | 9202842300721 | Savings | XXXXXXXXXX00 | 300.00 |
| ADVICE | 9202842300721 | Checking | XXXXXX01 | 200.00 |
| ADVICE | 9202842300721 | Checking | XXXXXXXXXX19 | 594.06 |
| **Total:** | | | | **1,094.06** |

ACC: 47.32   MATCH: 63.09



Whirlpool Corporation
2000 NORTH M-63
BENTON HARBOR MI 49022-2692
1-888-539-2372

## General

| | | | | | | |
|---|---|---|---|---|---|---|
| **Name:** | Charlotte Shannon | **Pay Period:** | 06/18/2017 - 07/01/2017 | **Federal** | | **Michigan** |
| **Address:** | 2209 Charles Dr. | **Check Date:** | 06/30/2017 | Marital Status: S | | Marital Status: S |
| | Stevensville MI 49127 | **Net Pay:** | 1,120.14 | Allowances: 10 | | Allowances: 10 |
| **Person Number:** | 92028423 | | | Addl Amount: 0.00 | | Addl Amount: 0.00 |
| **Cost Center:** | 25504 TCS Order Mgmt - Hil | | | | | |

### Paycheck Summary

| | Gross Pay | Deductions | Taxes | Net Pay | Fed Taxable | FICA Taxable |
|---|---|---|---|---|---|---|
| Current | 1,577.35 | 343.82 | 113.39 | 1,120.14 | 1,340.30 | 1,482.26 |
| YTD | 22,816.79 | 4,434.59 | 2,616.66 | 15,765.54 | 19,770.21 | 21,580.62 |

### Earnings/Adjustments

| Description | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|
| Salary | | 1,577.35 | | 20,505.55 |
| Bonus Non-Exempt | | | | 1,308.27 |
| Wellness Rebates | | | | 75.00 |
| Award | | | | 820.00 |
| Vacation | | | 146.00 | |
| Unpaid | -0.50 | -9.86 | -0.50 | -9.86 |
| Paid Excused Absence | | | 19.00 | |
| Regular NEX | 0.50 | 9.86 | 0.50 | 9.86 |
| Overtime 1 1/2 NEX | | | 3.65 | 107.97 |
| **Total:** | | 1,577.35 | 168.65 | 22,816.79 |

### Taxes

| Description | Amount | YTD Amount |
|---|---|---|
| **Federal** | | |
| Withholding | | 772.34 |
| Social Security | 91.90 | 1,338.00 |
| Medicare | 21.49 | 312.92 |
| **Michigan** | | |
| Withholding | | 193.40 |
| **Total:** | 113.39 | 2,616.66 |

### Before Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| 401(k) | 141.96 | 1,810.41 |
| AD&D | 0.60 | 7.80 |
| Medical | 78.46 | 1,019.98 |
| Dental | 11.70 | 152.10 |
| Vision | 7.83 | 101.79 |
| **Total:** | 240.55 | 3,092.08 |

### After Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| U.Way Donation | 2.77 | 36.01 |
| Loan 03 | 99.30 | 1,290.90 |
| Dep Life | 1.20 | 15.60 |
| **Total:** | 103.27 | 1,342.51 |

### Other Taxable Items

| Description | Amount | YTD Amount |
|---|---|---|
| EE GTLI Taxable | 3.50 | 45.50 |
| **Total:** | 3.50 | 45.50 |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| ADVICE | 9202842300710 | Savings | XXXXXXXXXX00 | 300.00 |
| ADVICE | 9202842300710 | Checking | XXXXXX01 | 200.00 |
| ADVICE | 9202842300710 | Checking | XXXXXXXXXX19 | 620.14 |
| **Total:** | | | | 1,120.14 |

ACC: 47.32   MATCH: 63.09



Whirlpool Corporation
2000 NORTH M-63
BENTON HARBOR MI 49022-2692
1-888-539-2372

*12:28*
*8.31.2015*

### General

| | | | |
|---|---|---|---|
| Name: | Charlotte Shannon | Pay Period: | 07/16/2017 - 07/29/2017 |
| Address: | 2209 Charles Dr. | Check Date: | 07/28/2017 |
| | Stevensville MI 49127 | Net Pay: | 1,094.05 |
| Person Number: | 92028423 | | |
| Cost Center: | 25504 TCS Order Mgmt - Hil | | |

| | | |
|---|---|---|
| Federal | | Michigan |
| Marital Status: S | | Marital Status: S |
| Allowances: 10 | | Allowances: 10 |
| Addl Amount: 0.00 | | Addl Amount: 0.00 |

### Paycheck Summary

| | Gross Pay | Deductions | Taxes | Net Pay | Fed Taxable | FICA Taxable |
|---|---|---|---|---|---|---|
| Current | 1,577.37 | 366.84 | 1,516.68 | 1,094.05 | 1,380.56 | 1,522.52 |
| YTD | 25,416.79 | 4,974.61 | 2,813.33 | 17,628.85 | 22,106.99 | 24,151.40 |

### Earnings/Adjustments

| Description | Pay Period | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Salary | | | | | 19,874.61 |
| Salary | | | | | 22,082.90 |
| Bonus Non-Exempt | | | | | 1,308.27 |
| Wellness Rebates | | | | | 75.00 |
| Award | | | | | 820.00 |
| Vacation | | | | 146.00 | |
| Unpaid | | | | -31.35 | -618.22 |
| Paid Excused Absence | | | | 19.00 | |
| Regular NEX | | | | 3.22 | 63.50 |
| Overtime 1 1/2 NEX | | | | 3.65 | 107.97 |
| STD - Salaried | | | 3,785.66 | | 3,785.66 |
| Retro Salary | 06/18/2017 - 07/01/2017 | | -630.94 | | |
| Retro Salary | 07/02/2017 - 07/15/2017 | | -1,577.35 | | |
| Total: | | | 1,577.37 | 140.52 | 47,499.69 |

### Taxes

| Description | Amount | YTD Amount |
|---|---|---|
| Federal | | |
| Withholding | | 772.34 |
| Social Security | 94.40 | 1,497.39 |
| Medicare | 22.08 | 350.20 |
| Michigan | | |
| Withholding | | 193.40 |
| Total: | 1,516.68 | 2,813.33 |

### Before Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| 401(k) | 141.96 | 2,044.41 |
| AD&D | 0.60 | 9.00 |
| Medical | 41.23 | 1,027.98 |
| Dental | 11.70 | 175.50 |
| Vision | 4.82 | 105.41 |
| Total: | 200.31 | 3,362.30 |

### After Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| U.Way Donation | 2.77 | 41.55 |
| Loan 03 | | 1,390.20 |
| Loan 04 | 162.56 | 162.56 |
| Dep Life | 1.20 | 18.00 |
| Total: | 166.53 | 1,612.31 |

### Other Taxable Items

| Description | Amount | YTD Amount |
|---|---|---|
| EE GTLI Taxable | 3.50 | 52.50 |
| Total: | 3.50 | 52.50 |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| ADVICE | 9202842300720 | Savings | XXXXXXXXXX00 | 300.00 |
| ADVICE | 9202842300720 | Checking | XXXXXX01 | 200.00 |
| ADVICE | 9202842300720 | Checking | XXXXXXXXXX19 | 594.05 |
| Total: | | | | 1,094.05 |

ACC: 47.32  MATCH: 63.09

*Handwritten notes:*
Paying effective June 27, 2017
June 27 - $6151.72  unpaid  30.85 hrs
August 18th -
July 14 - Get that  6.18-7.1
accep  Double doc  $608.36
Stacey  Negative time
        STD.

Send an adjustment

Submit the hrs    30.85 hrs
approved for STD