UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

FILED - GR
March 9, 2018 4:15 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mkc   SCANNED BY: /jll/ 3/12/18

Charlotte Shannon

Plaintiff(s),

v

Whirlpool Corporation

Defendant(s).

Case No.
Honorable

1:18-CV-00198-PLM-RSK

Motion for case NOT to be seen by the public.

Reason: Do not prefer employer to be privy to this information

Charlotte Shannon
3.9.2018