**1**

Conversation with Sue Zvonar at the Microwave

7/20/2015 at approx. 12:50pm

1. Not for any trouble....can we agree on that. Want to make you aware of a very uncomfortable conversation that I had with Sue Zvonar
2. Length of Whirlpool (22yrs)
3. Situation that took place at the microwave with Sue Zvonar
   She asked me about DIO certification
   Told her that I have not been able to utilized the certification
   Then she said to me "you have some pretty "wild" hair going on there girl
   I told her "it was my natural hair"
   Then she asked me if "I wanted to wear my hair like that"
   I replied "yes, I do....I like it like this"
   Then she asked if "I was going to leave it that way"
   Then asked if "I was going wear it "straight" hair
   She asked if she could "touch" my hair, before I could say "yes or no" she touched the front of my hair
   After touching my hair, she rubbed her fingers together like it felt gross on her hands. Then she proceeded to wiped her hands on her pants.
   I told her it was grease in my hair
   She burst out laughing
   The whole conversation made me feel some kind of way. I definitely felt like her comments to me were very much "racist" comments
4. I felt "extremely" discriminated against
5. When Sue Zvonar was over TPS – These were alot things that I had to deal with:
   Positions in Retail that I was never offered (over 8 positions)
   Job shadowed with the back office on many occasions
         Kristi Fleicher
         Tina Streu
         Mackenzie Penn
         Deb Walker

3 positions became available – 4 people interviewed, I was the only person (black) who didn't get a position

Applied for 8 positions in the back office (never got a position)

Applied for Costco position was told I didn't get the position because I didn't "sell myself". I didn't talk about all of the things I could do well

Applied for the Jen-Air positions 2 twice (denied position) 3rd time I tried to apply, I was denied the opportunity to apply.

Reasons I was told I didn't get the positions in Independent Retail back office:

- "I wasn't analytical enough"
- "I didn't sell myself", didn't talk about the things I could do well
- "You are not a good fit for the position"

With the approach from Sue Zvonar, I felt discriminated against as a black woman. I have always felt that something was wrong that I never was considered for "none" of the positions that became available in the back office of Independent Retail. Based on the conversation I had with Sue Zvonar, I'm convinced, the reason I wasn't considered for any of the positions is because of the way I look/who I am as a person, a black person.

6. I'm don't know if this is something you all can handle
   Or do I need to speak to the EEOC?
7. What's the investigation process and when will I be notified of the findings.