# 2

# Racial Discrimination in Promotional Practices

## Co-Workers who started in the same position I started in and have been Promoted or moved On To Other positions within Whirlpool Corporation

Stacie Koch – **Production Planning Manager, Cooking – Started in Home Depot**

Keri Weidner – **Senior Inventory Control Analyst – Started in Home Depot**

Brooke Zelmer – **Employee Experience Specialist – Started in Home Depot**

Jimmy Young – **Sourcing Specialist – Started in Home Depot**

Emily Kroll – **HR Shared Services Representative – Started in Home Depot**

William Risto – **Trade Customer Support Specialist Senior**

Jessica Vravis – **Promoted to new position – Started in Home Depot**

Katie Utter – **Senior Operations Advisor – Started in Independent Retail**

Joel Freed – **Senior Analyst/Commerical Laundry – Started in Independent Retail**

Todd Jastrzembski – **International Transportation Lead Analyst – Started in Home Depot**

Amanda Adams – **Senior Manager Analyst Customer Contact Center – Started in Home Depot**

Katie Fites – **Project Lead – Started in Home Depot**

Kristi Fleisher – **HR IS Analyst – Worked in Independent Retail**

Tina Streu – **Home Depot Sales & Operations Business Analyst – Started in Home Depot**

Crystal Townsend – **Business Coach for Aerotex Contract – Returns Team**

Brionna Church – **Home Depot Business Coach – Started in Home Depot**

Angela Gordon – **Operations Advisor – Started in Home Depot**

Jarret Kramer – **Senior Analyst – Started in Home Depot**

Brandy Wise-Tenter – **Operations Manager – Started in Home Depot**

Franciska Reents – **Sourcing Specialist – Lowe's Team**

**Applied for these Positions, but was DENIED (Back Office Positions)**

Traci Couitcher (moved from Returns Team to Retail Back Office)

Druvus Moruss (moved from CXC to Retail Back Office)

Patrick Pantelo (moved from Retail Order Management to Retail Back Office)

Renee Franklin (moved from Returns Team to Retail Back Office)

Tina Streu (Promoted to new position) - **Home Depot Sales & Operations Business Analyst**

Guadulupe Corona (Promoted moved to new position)

Christy Lakowski (moved to Shared Services dept.)