3

# FMLA Racial Discrimination

Two Caucasian women were on FMLA leave for months and return back to Whirlpool to their same positions.

1.) Tammy Williamson (Trade Partner Support Specialist) returned to her same position with Whirlpool after being off work on FMLA/STD for 9 months. She said she was paid for the whole time she was off work by Whirlpool.

2.) Laura Larion (Trade Partner Support Specialist) returned to her same position with Whirlpool after being off work on FMLA for 4-5 months.

**12.12.2017**

Conversation with a co-worker in the lobby on the 1st floor.

7:45am (12/12/2017)

Co-worker's name is Tammy Williamson-(White Female) Here is what she shared with me:

-She was off work for 9 months on STD (Short Term Disability) and was paid full pay the during the time she was off ill from work
-Only reason why she came back to work today (12/12/2017) was because she was told she would have to go on LTD (Long Term Disability) if she didn't return back to work for at least one day.
-She expressed that LTD would only hold her position, but she wouldn't get paid for her time off
-She expressed that she was happy that she was able to keep her position and also, get her full pay while being on STD-FMLA.
-She stated that she was able to keep her position because two other woman in her dept (Sandra Mann and Kathy Piltz) were retiring in the January/February time fame.
-Whirlpool held her position, paid gave her full pay and upon arriving back to work, she returned to an office space with a nice window/river view space.

Charlotte Shannon a black woman

-I was removed from my position, and had to fight with the matrix department regarding my full pay benefits while being on STD-FMLA
-I was moved to a position that was NOT comparable to the position I was in when prior to leaving on STD/FMLA
-Not only was I kicked out of my position, but Laurie Schmidke was moved into the position I was in. Also, others were hired in the Retail Returns email box to help with the work load
-While now working in the Home Depot, I was asked to train a co-worker by Cherie L. Sonneburg on how to do my old job (Returns Email) that I was kicked out of while being on STD/FMLA
-After 8 weeks of being on STD-FMLA, my doctor's express concerns for my health and put me on another 4 weeks of STD/FML. Her certification for

my health was denied. I had to fight to get an additional 4 weeks of for STD-FMLA.
-When I returned to work my things were put in a box and thrown under my desk

And there is probably more than that. I couldn't believe what I was hearing.