4



Whirlpool Corporation
2000 NORTH M-63
BENTON HARBOR MI 49022-2692
1-888-539-2372

### General

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name: | Charlotte Shannon | Pay Period: | 12/18/2016 - 12/31/2016 | Federal | | Michigan | |
| Address: | 2209 Charles Dr. | Check Date: | 12/30/2016 | Marital Status: | H | Marital Status: | S |
| | Stevensville MI 49127 | Net Pay: | 1,069.25 | Allowances: | 05 | Allowances: | 05 |
| Person Number: | 92028423 | | | Addl Amount: | 0.00 | Addl Amount: | 0.00 |
| Cost Center: | 25504 TCS Order Mgmt - Hil | | | | | | |

### Paycheck Summary

| | Gross Pay | Deductions | Taxes | Net Pay | Fed Taxable | FICA Taxable |
|---|---|---|---|---|---|---|
| Current | 1,598.45 | 329.75 | 199.45 | 1,069.25 | 1,375.47 | 1,503.35 |
| YTD | 43,910.86 | 7,407.71 | 4,887.47 | 31,615.68 | 38,659.77 | 41,438.26 |

### Earnings/Adjustments

| Description | Hours (Current) | Amount (Current) | YTD Hours | YTD Amount |
|---|---|---|---|---|
| Salary | | 1,577.35 | | 41,011.10 |
| Bonus Non-Exempt | | | | 1,720.34 |
| Reward | | | | 39.60 |
| Reward Tx | | | | 38.64 |
| Award | | | | 410.00 |
| Vacation | 2.75 | | 151.25 | |
| Unpaid | -5.25 | -103.53 | -8.23 | -162.30 |
| Paid Excused Absence | 8.00 | | 31.48 | |
| Regular NEX | 6.32 | 124.63 | 13.13 | 258.92 |
| Overtime 1 1/2 NEX | | | 20.10 | 594.56 |
| Total: | 11.82 | 1,598.45 | 207.73 | 43,910.86 |

### Taxes

| Description | Amount | YTD Amount |
|---|---|---|
| Federal | | |
| Withholding | 58.68 | 1,309.80 |
| Social Security | 93.21 | 2,569.17 |
| Medicare | 21.79 | 600.85 |
| Michigan | | |
| Withholding | 25.77 | 407.65 |
| Total: | 199.45 | 4,887.47 |

### Before Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| 401(k) | 127.88 | 2,778.49 |
| AD&D | 0.60 | 15.60 |
| Medical | 78.47 | 2,040.22 |
| Dental | 11.70 | 304.20 |
| Vision | 7.83 | 203.58 |
| Total: | 226.48 | 5,342.09 |

### After Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| Dep Life | 1.20 | 31.20 |
| Reward Deduction | | 25.00 |
| U.Way Donation | 2.77 | 72.02 |
| Loan 02 | | 1,341.60 |
| Loan 03 | 99.30 | 595.80 |
| Total: | 103.27 | 2,065.62 |

### Other Taxable Items

| Description | Amount | YTD Amount |
|---|---|---|
| EE GTLI Taxable | 3.50 | 91.00 |
| Total: | 3.50 | 91.00 |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| ADVICE | 9202842300684 | Savings | XXXXXXXXXX00 | 300.00 |
| ADVICE | 9202842300684 | Checking | XXXXXXXXXX19 | 769.25 |
| Total: | | | | 1,069.25 |

ACC: 47.95  MATCH: 63.94



Whirlpool Corporation
2000 NORTH M-63
BENTON HARBOR MI 49022-2692
1-888-539-2372

## General

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name: | Charlotte Shannon | Pay Period: | 01/01/2017 - 01/14/2017 | Federal | | Michigan | |
| Address: | 2209 Charles Dr. | Check Date: | 01/13/2017 | Marital Status: H | | Marital Status: S | |
| | Stevensville MI 49127 | Net Pay: | 1,055.59 | Allowances: 05 | | Allowances: 05 | |
| Person Number: | 92028423 | | | Addl Amount: 0.00 | | Addl Amount: 0.00 | |
| Cost Center: | 25504 TCS Order Mgmt - Hll | | | | | | |

## Paycheck Summary

| | Gross Pay | Deductions | Taxes | Net Pay | Fed Taxable | FICA Taxable |
|---|---|---|---|---|---|---|
| Current | 1,577.35 | 328.05 | 193.71 | 1,055.59 | 1,356.07 | 1,482.26 |
| YTD | 1,577.35 | 328.05 | 193.71 | 1,055.59 | 1,356.07 | 1,482.26 |

### Earnings/Adjustments

| Description | Hours (Current) | Amount (Current) | YTD Hours | YTD Amount |
|---|---|---|---|---|
| Salary | | 1,577.35 | | 1,577.35 |
| Vacation | 56.00 | | 56.00 | |
| Total: | 56.00 | 1,577.35 | 56.00 | 1,577.35 |

### Taxes

| Description | Amount | YTD Amount |
|---|---|---|
| Federal | | |
| Withholding | 55.38 | 55.38 |
| Social Security | 91.90 | 91.90 |
| Medicare | 21.49 | 21.49 |
| Michigan | | |
| Withholding | 24.94 | 24.94 |
| Total: | 193.71 | 193.71 |

### Before Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| 401(k) | 126.19 | 126.19 |
| AD&D | 0.60 | 0.60 |
| Medical | 78.46 | 78.46 |
| Dental | 11.70 | 11.70 |
| Vision | 7.83 | 7.83 |
| Total: | 224.78 | 224.78 |

### After Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| U.Way Donation | 2.77 | 2.77 |
| Loan 03 | 99.30 | 99.30 |
| Dep Life | 1.20 | 1.20 |
| Total: | 103.27 | 103.27 |

### Other Taxable Items

| Description | Amount | YTD Amount |
|---|---|---|
| EE GTLI Taxable | 3.50 | 3.50 |
| Total: | 3.50 | 3.50 |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| ADVICE | 9202842300685 | Savings | XXXXXXXXXX00 | 300.00 |
| ADVICE | 9202842300685 | Checking | XXXXXXXXXX19 | 755.59 |
| Total: | | | | 1,055.59 |

ACC: 47.32  MATCH: 63.09



**Whirlpool Corporation**
2000 NORTH M-63
BENTON HARBOR MI 49022-2692
1-888-539-2372

### General

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name: | Charlotte Shannon | Pay Period: | 01/15/2017 - 01/28/2017 | Federal | | Michigan | |
| Address: | 2209 Charles Dr. | Check Date: | 01/27/2017 | Marital Status: | H | Marital Status: | S |
| | Stevensville MI 49127 | Net Pay: | 1,055.58 | Allowances: | 05 | Allowances: | 05 |
| Person Number: | 92028423 | | | Addl Amount: | 0.00 | Addl Amount: | 0.00 |
| Cost Center: | 25504 TCS Order Mgmt - Hil | | | | | | |

### Paycheck Summary

| | Gross Pay | Deductions | Taxes | Net Pay | Fed Taxable | FICA Taxable |
|---|---|---|---|---|---|---|
| Current | 1,577.35 | 328.05 | 193.72 | 1,055.58 | 1,356.07 | 1,482.26 |
| YTD | 3,154.70 | 656.10 | 387.43 | 2,111.17 | 2,712.14 | 2,964.52 |

### Earnings/Adjustments

| Description | Hours | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|
| Salary | | 1,577.35 | | 3,154.70 |
| Vacation | 16.00 | | 72.00 | |
| Total: | 16.00 | 1,577.35 | 72.00 | 3,154.70 |

### Taxes

| Description | Amount | YTD Amount |
|---|---|---|
| **Federal** | | |
| Withholding | 55.38 | 110.76 |
| Social Security | 91.90 | 183.80 |
| Medicare | 21.50 | 42.99 |
| **Michigan** | | |
| Withholding | 24.94 | 49.88 |
| Total: | 193.72 | 387.43 |

### Before Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| 401(k) | 126.19 | 252.38 |
| AD&D | 0.60 | 1.20 |
| Medical | 78.46 | 156.92 |
| Dental | 11.70 | 23.40 |
| Vision | 7.83 | 15.66 |
| Total: | 224.78 | 449.56 |

### After Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| U.Way Donation | 2.77 | 5.54 |
| Loan 03 | 99.30 | 198.60 |
| Dep Life | 1.20 | 2.40 |
| Total: | 103.27 | 206.54 |

### Other Taxable Items

| Description | Amount | YTD Amount |
|---|---|---|
| EE GTLI Taxable | 3.50 | 7.00 |
| Total: | 3.50 | 7.00 |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| ADVICE | 9202842300686 | Savings | XXXXXXXXXX00 | 300.00 |
| ADVICE | 9202842300686 | Checking | XXXXXXXXXX19 | 755.58 |
| Total: | | | | 1,055.58 |

ACC: 47.32  MATCH: 63.09



**Whirlpool Corporation**
2000 NORTH M-63
BENTON HARBOR MI 49022-2692
1-888-539-2372

### General

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Name:** | Charlotte Shannon | **Pay Period:** | 04/09/2017 - 04/22/2017 | **Federal** | | **Michigan** | |
| **Address:** | 2209 Charles Dr. | **Check Date:** | 04/21/2017 | Marital Status: S | | Marital Status: S | |
| | Stevensville MI 49127 | **Net Pay:** | 1,210.12 | Allowances: 10 | | Allowances: 10 | |
| **Person Number:** | 92028423 | | | Addl Amount: 0.00 | | Addl Amount: 0.00 | |
| **Cost Center:** | 25504 TCS Order Mgmt - Hil | | | | | | |

### Paycheck Summary

| | Gross Pay | Deductions | Taxes | Net Pay | Fed Taxable | FICA Taxable |
|---|---|---|---|---|---|---|
| Current | 1,685.32 | 353.54 | 121.66 | 1,210.12 | 1,438.55 | 1,590.23 |
| YTD | 14,930.04 | 2,715.49 | 2,049.70 | 10,164.85 | 13,068.71 | 14,169.32 |

### Earnings/Adjustments

| Description | Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|
| Salary | | | | 12,618.80 |
| Bonus Non-Exempt | | 1,577.35 | | 1,308.27 |
| Wellness Rebates | | | | 75.00 |
| Award | | | | 820.00 |
| Vacation | | | 112.00 | |
| Paid Excused Absence | | | 9.00 | |
| Overtime 1 1/2 NEX | 3.65 | 107.97 | 3.65 | 107.97 |
| **Total:** | 3.65 | 1,685.32 | 124.65 | 14,930.04 |

### Taxes

| Description | Amount | YTD Amount |
|---|---|---|
| **Federal** | | |
| Withholding | | 772.34 |
| Social Security | 98.60 | 878.50 |
| Medicare | 23.06 | 205.46 |
| **Michigan** | | |
| Withholding | | 193.40 |
| **Total:** | 121.66 | 2,049.70 |

### Before Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| 401(k) | 151.68 | 1,100.61 |
| AD&D | 0.60 | 4.80 |
| Medical | 78.46 | 627.68 |
| Dental | 11.70 | 93.60 |
| Vision | 7.83 | 62.64 |
| **Total:** | 250.27 | 1,889.33 |

### After Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| U.Way Donation | 2.77 | 22.16 |
| Loan 03 | 99.30 | 794.40 |
| Dep Life | 1.20 | 9.60 |
| **Total:** | 103.27 | 826.16 |

### Other Taxable Items

| Description | Amount | YTD Amount |
|---|---|---|
| EE GTLI Taxable | 3.50 | 28.00 |
| **Total:** | 3.50 | 28.00 |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| ADVICE | 9202842300705 | Savings | XXXXXXXXXX00 | 300.00 |
| ADVICE | 9202842300705 | Checking | XXXXXXXXXX19 | 910.12 |
| **Total:** | | | | 1,210.12 |

ACC: 50.56  MATCH: 67.41



Whirlpool Corporation
2000 NORTH M-63
BENTON HARBOR MI 49022-2692
1-888-539-2372

### General

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name: | Charlotte Shannon | Pay Period: | 11/05/2017 - 11/18/2017 | Federal | | Michigan | |
| Address: | 2209 Charles Dr. | Check Date: | 11/17/2017 | Marital Status: S | | Marital Status: S | |
| | Stevensville MI 49127 | Net Pay: | 1,235.46 | Allowances: 10 | | Allowances: 10 | |
| Person Number: | 92028423 | | | Addl Amount: 0.00 | | Addl Amount: 0.00 | |
| Cost Center: | 25504 TCS Order Mgmt - Hil | | | | | | |

### Paycheck Summary

| | Gross Pay | Deductions | Taxes | Net Pay | Fed Taxable | FICA Taxable |
|---|---|---|---|---|---|---|
| Current | 1,576.76 | 224.88 | 116.42 | 1,235.46 | 1,521.91 | 1,521.91 |
| YTD | 38,864.57 | 6,710.68 | 4,711.72 | 27,442.17 | 34,848.28 | 37,160.38 |

### Earnings/Adjustments

| Description | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|
| Salary | | 1,577.35 | | 26,184.02 |
| Bonus Non-Exempt | | | | 1,308.27 |
| Wellness Rebates | | | | 212.75 |
| Award | | | | 820.00 |
| Vacation | 8.92 | | 154.92 | |
| Unpaid | -0.03 | -0.59 | -2.82 | -55.61 |
| Paid Excused Absence | | | 20.00 | |
| Regular NEX | | | 4.22 | 83.22 |
| Overtime 1 1/2 NEX | | | 7.33 | 216.82 |
| STD - Salaried | | | | 10,095.10 |
| Total: | 8.89 | 1,576.76 | 183.65 | 38,864.57 |

### Taxes

| Description | Amount | YTD Amount |
|---|---|---|
| Federal | | |
| Withholding | | 1,505.55 |
| Social Security | 94.35 | 2,303.94 |
| Medicare | 22.07 | 538.83 |
| Michigan | | |
| Withholding | | 363.40 |
| Total: | 116.42 | 4,711.72 |

### Before Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| 401(k) | | 2,312.10 |
| AD&D | 0.60 | 12.60 |
| Medical | 41.23 | 1,275.36 |
| Dental | 11.70 | 245.70 |
| Vision | 4.82 | 134.33 |
| ADD Arrears | | 1.20 |
| Den Arrears | | 23.40 |
| Vis Arrears | | 9.64 |
| Med Arrears | | 82.46 |
| Total: | 58.35 | 4,096.79 |

### After Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| U.Way Donation | 2.77 | 58.17 |
| Loan 03 | | 1,390.20 |
| Loan 04 | 162.56 | 1,137.92 |
| Dep Life | 1.20 | 25.20 |
| DLIF Arrears | | 2.40 |
| Total: | 166.53 | 2,613.89 |

### Other Taxable Items

| Description | Amount | YTD Amount |
|---|---|---|
| EE GTLI Taxable | 3.50 | 80.50 |
| Total: | 3.50 | 80.50 |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| ADVICE | 9202842300739 | Savings | XXXXXXXXXX00 | 300.00 |
| ADVICE | 9202842300739 | Checking | XXXXXX01 | 200.00 |
| ADVICE | 9202842300739 | Checking | XXXXXXXXXX19 | 735.46 |
| Total: | | | | 1,235.46 |

ACC: 47.30  MATCH: 0.00



Whirlpool Corporation
2000 NORTH M-63
BENTON HARBOR MI 49022-2692
1-888-539-2372

## General

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Name:** | Charlotte Shannon | **Pay Period:** | 12/31/2017 - 01/13/2018 | **Federal** | | **Michigan** | |
| **Address:** | 2209 Charles Dr. | **Check Date:** | 01/12/2018 | Marital Status: | S | Marital Status: | S |
| | Stevensville MI 49127 | **Net Pay:** | 1,157.19 | Allowances: | 08 | Allowances: | 01 |
| **Person Number:** | 92028423 | | | Addl Amount: | 0.00 | Addl Amount: | 7.90 |
| **Cost Center:** | 25504 TCS Order Mgmt - Hil | | | | | | |

## Paycheck Summary

| | Gross Pay | Deductions | Taxes | Net Pay | Fed Taxable | FICA Taxable |
|---|---|---|---|---|---|---|
| Current | 1,587.80 | 226.80 | 203.81 | 1,157.19 | 1,533.86 | 1,533.86 |
| YTD | 1,587.80 | 226.80 | 203.81 | 1,157.19 | 1,533.86 | 1,533.86 |

### Earnings/Adjustments

| Description | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|
| Salary | | 1,577.35 | | 1,577.35 |
| Vacation | 16.00 | | 16.00 | |
| Unpaid | -2.05 | -40.43 | -2.05 | -40.43 |
| Paid Excused Absence | 6.00 | | 6.00 | |
| Regular NEX | 2.58 | 50.88 | 2.58 | 50.88 |
| Total: | 22.53 | 1,587.80 | 22.53 | 1,587.80 |

### Taxes

| Description | Amount | YTD Amount |
|---|---|---|
| **Federal** | | |
| Withholding | 19.92 | 19.92 |
| Social Security | 95.10 | 95.10 |
| Medicare | 22.24 | 22.24 |
| **Michigan** | | |
| Withholding | 66.55 | 66.55 |
| Total: | 203.81 | 203.81 |

### Before Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| AD&D | 0.60 | 0.60 |
| Medical | 43.15 | 43.15 |
| Dental | 11.70 | 11.70 |
| Vision | 4.82 | 4.82 |
| Total: | 60.27 | 60.27 |

### After Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| U.Way Donation | 2.77 | 2.77 |
| Loan 04 | 162.56 | 162.56 |
| Dep Life | 1.20 | 1.20 |
| Total: | 166.53 | 166.53 |

### Other Taxable Items

| Description | Amount | YTD Amount |
|---|---|---|
| EE GTLI Taxable | 6.33 | 6.33 |
| Total: | 6.33 | 6.33 |

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| ADVICE | 9202842300748 | Savings | XXXXXXXXXX00 | 300.00 |
| ADVICE | 9202842300748 | Checking | XXXXXX01 | 200.00 |
| ADVICE | 9202842300748 | Checking | XXXXXXXXXX19 | 657.19 |
| Total: | | | | 1,157.19 |

ACC: 47.63   MATCH: 0.00



Whirlpool Corporation
2000 NORTH M-63
BENTON HARBOR MI 49022-2692
1-888-539-2372

## General

| Name: | Charlotte Shannon | Pay Period: | 02/25/2018 - 03/10/2018 | Federal | | Michigan | |
|---|---|---|---|---|---|---|---|
| Address: | 2209 Charles Dr. | Check Date: | 03/09/2018 | Marital Status: | S | Marital Status: | S |
| | Stevensville Mi 49127 | Net Pay: | 808.39 | Allowances: | 08 | Allowances: | 01 |
| Person Number: | 92028423 | | | Addl Amount: | 0.00 | Addl Amount: | 7.90 |
| Cost Center: | 25504 TCS Order Mgmt - Hil | | | | | | |

## Paycheck Summary

| | Gross Pay | Deductions | Taxes | Net Pay | Fed Taxable | FICA Taxable |
|---|---|---|---|---|---|---|
| Current | 1,590.32 | 572.05 | 209.88 | 808.39 | 1,536.60 | 1,536.60 |
| YTD | 10,184.83 | 1,706.90 | 1,737.76 | 6,740.17 | 9,915.59 | 9,915.59 |

### Earnings/Adjustments

| Description | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|
| Salary | | 1,593.92 | | 7,903.32 |
| Bonus | | | | 1,396.23 |
| Vacation | 19.42 | | 86.84 | |
| Unpaid | -0.18 | -3.60 | -2.40 | -47.38 |
| Paid Excused Absence | | | 8.00 | |
| Regular NEX | | | 23.55 | 464.41 |
| Overtime 1 1/2 NEX | | | 15.83 | 468.25 |
| Total: | 19.24 | 1,590.32 | 131.82 | 10,184.83 |

### Taxes

| Description | Amount | YTD Amount |
|---|---|---|
| Federal | | |
| Withholding | 11.74 | 453.25 |
| Social Security | 95.27 | 614.77 |
| Medicare | 22.28 | 143.78 |
| Michigan | | |
| Withholding | 66.67 | 428.23 |
| Benton Harbor | | |
| Withholding | 13.92 | 97.73 |
| Total: | 209.88 | 1,737.76 |

### Before Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| AD&D | 0.60 | 3.00 |
| Medical | 43.29 | 216.31 |
| Dental | 11.70 | 58.50 |
| Vision | 4.82 | 24.10 |
| Total: | 60.41 | 301.91 |

### After Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| U.Way Donation | 2.77 | 13.85 |
| Loan 04 | 162.56 | 812.80 |
| Court:WgOrder | 345.11 | 572.34 |
| Dep Life | 1.20 | 6.00 |
| Total: | 511.64 | 1,404.99 |

### Other Taxable Items

| Description | Amount | YTD Amount |
|---|---|---|
| EE GTLI Taxable | 6.69 | 32.67 |
| Total: | 6.69 | 32.67 |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| ADVICE | 9202842300768 | Savings | XXXXXXXXXX00 | 300.00 |
| ADVICE | 9202842300768 | Checking | XXXXXX01 | 200.00 |
| ADVICE | 9202842300768 | Checking | XXXXXXXXXX19 | 308.39 |
| Total: | | | | 808.39 |

ACC: 47.71  MATCH: 0.00



**Whirlpool Corporation**
2000 NORTH M-63
BENTON HARBOR MI 49022-2692
1-888-539-2372

### General

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name: | Charlotte Shannon | Pay Period: | 02/25/2018 - 03/10/2018 | Federal | | Michigan | |
| Address: | 2209 Charles Dr. | Check Date: | 03/09/2018 | Marital Status: | S | Marital Status: | S |
| | Stevensville MI 49127 | Net Pay: | 808.39 | Allowances: | 08 | Allowances: | 01 |
| Person Number: | 92028423 | | | Addl Amount: | 0.00 | Addl Amount: | 7.90 |
| Cost Center: | 25504 TCS Order Mgmt - Hil | | | | | | |

### Paycheck Summary

| | Gross Pay | Deductions | Taxes | Net Pay | Fed Taxable | FICA Taxable |
|---|---|---|---|---|---|---|
| Current | 1,590.32 | 572.05 | 209.88 | 808.39 | 1,536.60 | 1,536.60 |
| YTD | 10,184.83 | 1,706.90 | 1,737.76 | 6,740.17 | 9,915.59 | 9,915.59 |

### Earnings/Adjustments

| Description | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|
| Salary | | | | 7,903.32 |
| | | 1,593.92 | | |
| Bonus | | | | 1,396.23 |
| Vacation | 19.42 | | 86.84 | |
| Unpaid | -0.18 | -3.60 | -2.40 | -47.38 |
| Paid Excused Absence | | | 8.00 | |
| Regular NEX | | | 23.55 | 464.41 |
| Overtime 1 1/2 NEX | | | 15.83 | 468.25 |
| Total: | 19.24 | 1,590.32 | 131.82 | 10,184.83 |

### Taxes

| Description | Amount | YTD Amount |
|---|---|---|
| Federal | | |
| Withholding | 11.74 | 453.25 |
| Social Security | 95.27 | 614.77 |
| Medicare | 22.28 | 143.78 |
| Michigan | | |
| Withholding | 66.67 | 428.23 |
| Benton Harbor | | |
| Withholding | 13.92 | 97.73 |
| Total: | 209.88 | 1,737.76 |

### Before Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| AD&D | 0.60 | 3.00 |
| Medical | 43.29 | 216.31 |
| Dental | 11.70 | 58.50 |
| Vision | 4.82 | 24.10 |
| Total: | 60.41 | 301.91 |

### After Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| U.Way Donation | 2.77 | 13.85 |
| Loan 04 | 162.56 | 812.80 |
| Court:WgOrder | 345.11 | 572.34 |
| Dep Life | 1.20 | 6.00 |
| Total: | 511.64 | 1,404.99 |

### Other Taxable Items

| Description | Amount | YTD Amount |
|---|---|---|
| EE GTLI Taxable | 6.69 | 32.67 |
| Total: | 6.69 | 32.67 |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| ADVICE | 9202842300768 | Savings | XXXXXXXXXX00 | 300.00 |
| ADVICE | 9202842300768 | Checking | XXXXXX01 | 200.00 |
| ADVICE | 9202842300768 | Checking | XXXXXXXXXX19 | 308.39 |
| Total: | | | | 808.39 |

ACC: 47.71  MATCH: 0.00