(/content/whirlpool/nar/us/en/home.html)

MENU

< Leaves of Absence (/content/whirlpool/nar/us/en/home/pay-time/leaves-of-absence.html)

+ Add to Favorite　　✉ Share via E-mail (//mail.google.com/mail/?view=cm&fs=1&?subject=Family%20and%20Medical%20Leave&body=Share via E-mail%0A%0AView%20the%20link%20to%20the%20shared%20page:%0D%0Ahttps%3A%2F%2Fmy.whirlpool.com%2Fcontent%2Fwhirlpool%2Fnar%2Fus%2Fen%2Fhome%2Fpay-time%2Fleaves-of-absence%2Ffamily-and-medical-leave.html)

# Family and Medical Leave

==If you need to miss work to take care of yourself or a family member, Family and Medical leave (FMLA) allows you to take up to 12 weeks of unpaid leave while your job is protected.==

### Relevant Tools & Sites

Matrix Absence Management (https://www.matrixabse contextType=external&us 3A%2F%2Fwww.matrixabsence.c 2Foam%2Flogin%2Flogin.jsp&request_id=- 253A%252F% 252Fwww.matrixabsenc 252F) 

## Leave Basics ⌃

### Who is Eligible

You must have worked at Whirlpool for a total of 12 months (not necessarily consecutive) and have completed at least 1,250 hours in the 12 months before your leave starts.

### What It Can Be Used For

There are a variety of situations that qualify for FMLA:

- Pregnancy, prenatal medical care or childbirth
- Care for your child after birth, or placement for adoption or foster care
- Care for your spouse, son or daughter, or parent who has a serious health condition
- Your own serious health condition that makes you unable to perform your job
- Care for the needs of a family member who is on active military duty
- Qualifying Exigency Leave

### When It Begins

You can begin taking FMLA after three consecutive days for a qualified situation for you or a qualified family member.

### How Long It Can Last

You can take up to 12 weeks of unpaid FMLA — either consecutively or intermittently — during a 12-month period.

If you are taking leave to care for a covered military service member who was seriously injured in the line of duty, you may take up to 26 weeks during a 12-month period. The military service member must be undergoing medical treatment, recuperation or therapy; is in outpatient status; or, is on the temporary disability retired list.

## Initiating a Leave 

### When to Do It

Within seven calendar days from your first absence, or as soon as reasonably possible.

### How to Do It

Make your request to Matrix, Whirlpool's FMLA administrator, by phone or online:

- **Phone:** 1-866-932-8046
- **Pomjof;** matrixeservices.com (https://www.matrixabsence.com/oam/login/login.jsp?contextType=external&username=string&password=sercure_string&challenge_url=https%3A%2F%2Fwww.matrixabsence.com%2Foam%2Flogin%2Flogin.jsp&request_id=-7423628868852160963&authn_try_count=0&locale=en_US&resource_url=https%253A%252F%252Fwww.matrixabsence.com%252F)

If you take FMLA intermittently rather than consecutively, you need to contact Matrix each time you miss work to ensure your absence is recorded as FMLA (by phone or online).

### Important Claim Filing Notes:

- Your leave may be denied if you do not file your claim and/or notify Matrix on time, including for intermittent absences.
- Until your leave is approved by Matrix, you must continue to follow your division's call-in policy.

### Information That Needs to Be Provided

Information you need to provide to Matrix when you file your claim:

- Your name, last four digits of your Social Security number and your company name
- Your People Leader's name and telephone number
- Your treating physician's name, address, telephone number and fax number
- A description of the qualifying situation, such as an illness, injury or pregnancy (yours or a family members)
- A description of your occupation

Also, within 15 days of filing your claim, you will need to make sure your treating physician provides Matrix a medical certification of the illness, injury or pregnancy (yours or a family member's).

### What Happens Next

Matrix will:

- Review the claim information you provide and your eligibility for FMLA.
- Contact you if additional information is needed.
- Request a medical certification from your treating physician (it's your responsibility to make sure this is provided within 15 days of filing your claim).
- Notify you and Whirlpool HR and if your request for FMLA is approved.

**Opuf;òf** you experience an issue during the claim filing process or at any time after your leave begins, Whirlpool's Benefit Escalation Process (/content/dam/whirlpool/pay-time/2016_Benefits Escalation Card.pdf) can help.

## Pay & Benefits                                                                              ^

### What Happens to Your Pay

- FMLA is unpaid leave.
- You can use any available paid time off, such as vacation, while on FMLA. In order to request PTO or Vacation time to be used concurrently with your FMLA, you will need to open a case (https://whirlpool.service-now.com/com.glideapp.servicecatalog_cat_item_view.do?

v=1&sysparm_id=a14f45e953233100c0eca5f4a11c089b&hr_url=v1&sysparm_source=portal) and request that your PTO or Vacation be used so that you can be paid for your FMLA time. You will also have to submit PTO or Vacation through the normal reporting processes (i.e. Kronos, Aspect, People Leader).
- Because FMLA is an unpaid leave, your time on leave will not accumulate earnings toward your eligible annual bonus payment amount.
- If you are approved for STD leave, you may receive STD benefit payments.

### What Happens to Your Benefits

- Your participation in medical, dental, vision, flexible spending accounts, STD, life insurance and/or accidental death and dismemberment (AD&D) insurance continues while you're on FMLA as long as you pay your premiums for coverage while on leave.
- Your 401(k) contributions will be suspended until you return to work.

## Coordinating With Other Leaves    ∧

In some situations, you may be eligible for more than one type of leave. Here's how Family and Medical leave (FMLA) is coordinated with other types of leave that may be available to you:

Short-Term Disability leave (/content/whirlpool/nar/us/en/home/pay-time/leaves-of-absence/short-term-disability.html)

- Epf t !Juldppsejobuf!x jui !Gbn jmz!Nfejdbm!Mfbwf@yes
- X i buluibuln f bot !luplzpv; STD leave provides benefit payments for an illness, injury or pregnancy that keeps you off work for up to 26 weeks. Any approved STD leave will run concurrently with your FMLA leave.

Long-Term Disability leave (/content/whirlpool/nar/us/en/home/pay-time/leaves-of-absence/long-term-disability.html)

- Epf t !juldppsejobuf!x jui !Gbn jmz!Nfejdbm!Mfbwf@No
- X i buluibuln f bot !luplzpv; LTD leave provides benefit payments for an illness or injury that keeps you off work for more than 180 days. Any approved LTD leave would begin after your FMLA leave ends.

Workers' Compensation leave (/content/whirlpool/nar/us/en/home/pay-time/leaves-of-absence/workers-compensation.html)

- Epf t !juldppsejobuf!x jui !Gbn jmz!Nfejdbm!Mfbwf@Yes
- X i buluibuln f bot !luplzpv;!Workers' Compensation benefits vary by state. Any approved time off for a Workers' Compensation leave will run concurrently with your FMLA leave.

## Returning to Work

Before returning to work, you need to notify Matrix, Whirlpool's FMLA administrator. You can do that by phone or online:

- **Qi pof** ;!1-866-932-8046
- **Pomjof;** matrixeservices.com (https://www.matrixabsence.com/oam/login/login.jsp?contextType=external&username=string&password=sercure_string&challenge_url=https%3A%2F%2Fwww.matrixabsence.com%2Foam%2Flogin%2Flogin.jsp&request_id=-74236288688521609 63&authn_try_count=0&locale=en_US&resource_url=https%253A%252F%252Fwww.matrixabsence.com%252F)

When your FMLA leave ends, you will return to your same or a similar position as long as:

- You filed a claim with Matrix within the required time frames.
- Matrix approved your leave.
- Your leave did not exceed 12 weeks (or 26 weeks for the care of a covered military service member).