7

(Min:3, Max:8)

## Performance

| Visibility | Objective | Objective Status | Probability of Success |
|---|---|---|---|
| Private | People-Aligned, Engaged, Accountable, and Capable | On Track | High |

**Targets:**

| Target | Results |
|---|---|
| Objective #1- ASA | 3 calls per hour |
| Objective #1- AHT | 8 |
| Objective #1 - Productivity | 80% |
| Objective #2-Talent Expansion/Growth | Recently started working on the Home Depot team beginning 9/18/2017. Started taking calls Front Office calls for on 10/16/2017. Still developing and understanding the processes with the team. |
| Objective #2-Talent Expansion/Growth | Replacement Error Rate-Replacement Error Rate. Began the team with 3 replacement error rate, now at 0 replacement error rate. RGA Process began with 6 RGA errors, as of Dec. 6, 2017 error rate has decreased considerably. |
| Objective #2-Talent Expansion/Growth | MSE Support: N/A not an MSE |
| Objective #2-Talent Expansion/Growth | Multi Channel Functional: N/A |
| Objective #2-Talent Expansion/Growth | Continuous Improvement: I have pulled the chain a few times since starting the Home Depot Front Office. My chain pull was to remove the "sticky note" as a source of taking notes. The issue with using "sticky notes" in eCRM is once you exit out of eCRM the stick note with all the information inputted is deleted. I pulled the chain to see if it was more beneficial to use another source of taking notes that you can refer back to as oppose to sticky note in eCRM. I also pulled the chain on when entering interaction, SOP says to enter P.O. in the description field. There are two "description" field. SOP does not tell which description field until after you put the P.O. in a field. Also, pulled the chain on "ZZ" block. Can we have an "error" message pop up before doing anything to the order. This will let us know that we have to reach out to Support team before we move forward with the order. |
| Objective #3-Talent Expansion/Growth | Mentoring Program: Not mentoring, however I have been very instrumental in helping the new hires with understanding the Home Depot Front Office processes |
| Objective #4-Talent Expansion/Growth | Employee engagement survey score 85 points - I finished the Employee Engagement survey which contributed to NAR (97%) |

## Overall Results:

-I have been in the Home Depot space since Sept. 18, 2017. The first two weeks in this dept I worked half days and only checked my emails for the days I was in the office
-3rd week in the dept, I completed 26 training modules to understand the Home Depot processes. Finished modules within the 3rd week.
-In November, the Front Office started a "Replacement" contest. At the beginning of the month I had 3 "Replacement" errors. By the end of November my error decreased to 0.
-As of Dec. 6, I have 2 "Cancellation" errors.
-Overall, I feel my adjustment to working in the Home Depot space has been a great adjustment. I am making less mistakes than some of the people who have been on the team for months. Adjusting well

Private ## Process-Consistent Look and Feel Across Team     `On Track`  `High`

### Targets:

| Target | Results |
|---|---|
| Object #1: Flexibility/MSE Strategay | The beginning of the year I worked for Retail Returns team. I worked Returns email as well and took the Return Front Office calls (when needed). Also trained order management team on how to process Returns email (fresh eyes). |
| Objective #2: Team Structure | At the beginning of the year while working in the Returns team, I attended Coaches training to understand how to simplify processes and how to approach peers with an issue. After training I became Back up Process Champion. Was constructive with pulling chain and helping team mates understand the "chain pull" process. Constructive in simplifying process in the stand work process. |
| Objective #3:CI/SW Expansion - Completed 2 process | While working on the Returns team, I pulled the chain on a process that eliminated 60 seconds within the process and saved the company $12, 000. I also pulled the chain on the scrap affidavit process. The Signature on File process would have saved the company a tremendous amount of money. It would have eliminated the person processing the scrap return from having to touch the email 3-4 times. Signature on File process would have only allowed the trade partner to touch the email once as well and the email rep to touch the email only once as well. |

## Overall Results:

As the 2017 year began, I was very instrumental in my many roles to be apart of the Continuous Improvement process for the company. Not only did I help the company save money, eliminate waste, support my team mates to help improve and understand processes, I was also instrumental in stepping up and asking to be apart of other projects (GROW Session) to be even more instrumental in helping the company move forward with standard work and continuous improvement. It was a long year, and I face some challenges, however, I managed to come back to work, jump back in full force and be a part of the Home Depot Front Office team and be instrumental in learning their processes and helping other team members understand their processes as well.

| | Team Structure - Drive out Complexity and Simplify | On Track | High |

**Targets:**

| Target | Results |
|---|---|
| Standardize | |
| Group Like Work | |

**Overall Results:**


| Private | CI/SW Expansion | On Track | High |

**Targets:**

| Target | Results |
|---|---|
| Complete 2 processes per team | |
| Team 100% live with Standard Work | |
| Number of Chain Pulls | |
| Number of training events attended | My Learning:I completed 26 Home Depot courses; registration; programs; surveys; curriculum requirements |
| Process Champ for Team | |
| CI Ambassador | I was a CI Amabassador until the CI team disipated |

**Overall Results:**
*Presented at 2017 CI Network Event as Facilitator
*Completed Coaches Training and applied tools for the four steps for achieving goals. How to instruct (Be the learner, not the knower)
CI Network Ambassador for Retail Return to promote continuous improvement strategy within the team
*Completed online Home Depot training
*Training with Troy Schaffer for PIP Training
*Project PIP Training
*Pull the chain on scrap process
*Meetings with CI Lean Lead on Scrap Affidavit process (SOF)

*Meetings with Jacquline Lin from Legal regarding adding Signature on file for the scrap process
*Meeting with Sue Zvonar/Leadership regarding implementing signature on file for the Returns team
*Trained Order management back office team members (fresh eyes) on Return email process
*Received 2hr award for exemplifying "great" customer service
*Performed administrative duties for Jason Case by reserving and booking meeting for Return teams from Jan-Aug. 2017.
*Attended all coaches training
*I have pulled the chain once since starting the Home Depot Front Office team. My chain pull was to remove the "sticky note" as a source of taking note. The issue with using "sticky notes" is once you exit out of eCRM the sticky note is deleted. I pull the chain to see if we can use something other than "sticky note" to reserve information taken from the customer/GE via phone call. Again, my replacements rate has improved, Beginning Nov. 1st 2017 - I had 3 replacement errors, by the end of Nov., my error rate was 0. I feel a considerable improvement within a month of working on the Home Depot Front Office team.
-I am not an MSE, however I have been instrumental in helping the new hires with understanding some of the Home Depot Front Office processes

Private **NAR Performance**  On Track  High

**Targets:**

| Target | Results |
|---|---|
| Productivity Savings - $50K | NAR Performance Market Share: US 36.9%.Canada 34.5%. Mexico 28.4% Earned Operating Profit (EOP): $350M (Quarter 3). 11.7% Free Cash Flow (FCF): $289M (Quarter 3) Profitability for Growth (P4G): $-28M Price Margin Realization (PMR): 0.0% |

**Overall Results:**

Private **Support ISC Road Map (Strategic Projects)**  On Track  High

**Targets:**

| Target | Results |
|---|---|
| Return/Reorder Process | |
| M-22 Project | |
| Technology (Web World Chat) | |