UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLOTTE SHANNON,

        Plaintiffs,

Case No. 1:18-cv-198

Hon. Paul L. Maloney

v.

WHIRLPOOL CORPORATION,

        Defendants.

                                /

**ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED COMPLAINT**

*Pro se* plaintiff Charlotte Shannon filed a 1-page complaint with 61 pages of exhibits. *See* Compl. (ECF No. 1). After the Court granted plaintiff *in forma pauperis* status, she filed a second complaint (ECF No. 5) with 35 pages of attachments (ECF Nos. 7, 7-1, 7-2, 7-3, 7-4 7-5, 7-6, and 7-7), and a third complaint with 6 pages of attachments (ECF Nos. 9 and 9-1). In short, plaintiff has filed three separate complaints with over 100 pages of exhibits.

This action cannot proceed any further until plaintiff consolidates all of her claims into a single amended complaint. If the amended complaint states a claim upon which relief can be granted,[1] then the Court will order that it be served on defendant Whirlpool Corporation. Accordingly, plaintiff is directed to file an amended complaint, which contains all of her allegations against defendant, by no later than **July 9, 2018**.

      **IT IS SO ORDERED.**

Dated: June 25, 2018                        /s/ Ray Kent
                                                  United States Magistrate Judge

---

[1] *See* 28 U.S.C § 1915(e)(2)(B)(ii).